IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Derek Clements, et al., | ) | Civil Action Number: 2:22-cv-02069-DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Lloyd J. Austin, III, Secretary of Defense, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE**

Defendants respectfully provide notice of the attached decision in *Doster v. Kendall*, No. 1:22-cv00084 (S.D. Ohio), Ex. 1. In *Doster*, the court modified its previously-certified class to include:

> All active-duty, active reserve, reserve, national guard, inductees, and appointees of the United States Air Force and Space Force, including but not limited to Air Force Academy Cadets, Air Force Reserve Officer Training Corps (AFROTC) Cadets, Members of the Air Force Reserve Command, and any Airman who has sworn or affirmed the United States Uniformed Services Oath of Office or Enlistment and is currently under command and could be deployed, who: (i) submitted a religious accommodation request to the Air Force from the Air Force's COVID-19 vaccination requirement, where the request was submitted or was pending, from September 1, 2021 to the present; (ii) were confirmed as having had a sincerely held religious belief substantially burdened by the Air Force's COVID-19 vaccination requirement by or through Air Force Chaplains; and (iii) either had their requested accommodation denied or have not had action on that request. Excluded from this definition shall be any person within the above class who: (i) opts out, by delivering notice to the Government and Class Counsel in writing of their election to opt out, by electronic mail addresses to be filed with Court.

Order, *Doster*, No. 1:22-cv00084 (S.D. Ohio July 27, 2022), ECF No. 77 at 2. The court preliminarily enjoined the defendants from enforcing the COVID-19 vaccination requirement against class members. *Id*. at 2–4.

1

| | |
|---|---|
| Dated:  July 27, 2022 | Respectfully submitted, |
| COREY F. ELLIS<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| *s/ Beth Drake*<br>Beth Drake (#5598)<br>Assistant United States Attorney<br>1441 Main Street, Suite 500<br>Columbia, SC   29201<br>Phone:   (803) 929-3061<br>Email:   Beth.Drake@usdoj.gov | ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br>*s/ Cassandra Snyder*<br>CODY KNAPP (NY #5715438)<br>CASSANDRA M. SNYDER (DC #1671667)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 451-7729<br>Fax: (202) 616-8460<br>Email: cassandra.m.snyder@usdoj.gov<br><br>*Counsel for Defendants* |