**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**Charleston Division**

| | |
|---|---|
| DEREK CLEMENTS, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 2:22-cv-02069-RMG |
| ) | |
| LLOYD J. AUSTIN, III, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PROPOSED ORDER

Upon review of Plaintiffs' August 15, 2022, Motion for a Temporary Restraining Order and Preliminary Injunction and Amended Complaint, Plaintiffs' Motion is **GRANTED**. Defendants are hereby preliminarily enjoined from enforcing their mandates requiring involuntary inoculation with a COVID-19 vaccine.

**IT IS SO ORDERED.**

_____
Richard Mark Gergel
U.S. District Court Judge