**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**Charleston Division**

| | |
|---|---|
| DEREK CLEMENTS, *et al.*, | ) |
| Plaintiffs | ) ) ) |
| v. | ) Civil Action No. 2:22-cv-02069-RMG |
| LLOYD J. AUSTIN, III, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF CADET JIN JOHNSON

I, Jin Johnson, am a Cadet at the United States Coast Guard Academy. I have been shown a vial labeled "Comirnaty" with a gray cap. However, I did not see a red watermark anywhere on the vial.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 15 August 2022.

_____
Jin Johnson