IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

| | |
|---|---|
| DEREK CLEMENTS, *et al.*, | ) |
| Plaintiffs | ) |
| v. | ) Civil Action No. 2:22-cv-02069-RMG |
| LLOYD J. AUSTIN, III, *et al.*, | ) |
| Defendants. | ) |

### DECLARATION OF SENIOR AIRMAN CADE KLOSTER

I, Cade Kloster, am a Senior Airman in the United States Air Force. I am currently stationed at Joint Base Charleston, South Carolina. I have seen a vial of the only available vaccine at Joint Base Charleston. It is not Comirnaty, and I understand that there is no available Comirnaty vaccine at Joint Base Charleston, nor has there been.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 26 July 22

_____
Cade Kloster