# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# Charleston Division

| | |
|---|---|
| DEREK CLEMENTS, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 2:22-cv-02069-RMG |
| ) | |
| LLOYD J. AUSTIN, III, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF CAPTAIN CONNER WILBURN

I, Conner Wilburn, am a Captain in the United States Air Force. I am currently stationed at Fairchild Air Force Base, Washington. I have not been shown a Comirnaty vial. The clinic has been informing people that it does not have any Comirnaty, because they are "using up PBNT and Moderna vials" first prior to receiving Comirnaty.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 26 July 2022.

_____
Conner Wilburn