# Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **DEREK CLEMENTS, et al.,** | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No.: 2:22-CV-02069-RMG |
| **LLOYD AUSTIN, III, et al.,** | ) |
| *Defendants.* | ) |

## DECLARATION OF COMMANDER AARON J. CASAVANT

I, Aaron J. Casavant, hereby state and declare as follows:

1. I am a Commander in the United States Coast Guard and am currently serving as the Assistant Commandant of Cadets, United States Coast Guard Academy (CGA). The Commandant of Cadets is primarily responsible for the good order and discipline of the Cadet Corps as well as the cadets' development into commissioned officers in the U.S. Coast Guard, and I assist him in that mission. I am generally aware of the allegations in this case. I make this declaration based on my own personal knowledge and information I have received in the course of my official duties.

2. On August 15, 2022, I met with seven unvaccinated CGA cadets, including the five who are Plaintiffs in this case. I presented them with two documents: (1) an administrative-remarks form documenting the availability of the Novavax vaccine; and (2) the memorandum endorsements denying their disenrollment appeals, signed by the Deputy for Personnel Readiness of the Coast Guard.

3. Prior to the August 15 meeting informing the cadets of the availability of the Novavax vaccine, all the unvaccinated cadets had also been offered the opportunity to receive any FDA or

World Health Organization approved vaccine, including the FDA approved COMIRNATY-labelled vaccine. To date, none of the cadets have accepted that offer.

4. All cadets voluntarily resigning or involuntarily disenrolling from the United States Coast Guard Academy (CGA) are required to complete an administrative out-processing checklist prior to final departure from the CGA campus. *See* Enclosure (1). The out-processing checklist ensures that the cadet terminates his or her military service in an orderly fashion and includes requirements such as the return of uniform items, a final room inspection, an exit physical exam in the clinic, and arrangements for their transportation home. It is non-punitive in nature, and every cadet departing from CGA must complete it in a timely fashion.

5. All unvaccinated cadets, including the five cadets who are Plaintiffs in this lawsuit, have been directed to complete the out-processing checklist by Friday, August 19, 2022. Upon completion of the out-processing checklist, the five CGA cadet Plaintiffs will depart campus for a temporary duty assignment at their home while the CGA finalizes their separation from the Coast Guard. Cadets will remain in paid status while on this temporary duty assignment.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of August 2022.

Aaron J. Casavant
Commander, U.S. Coast Guard
Assistant Commandant of Cadets
U.S. Coast Guard Academy

Enclosure (1):   CGA Out-Processing Checklist