# Exhibit 2

Updated: 28 Jan 2022

## CADET CHECKOUT SHEET
*\*Must be seen prior to further resignation processing*

**Cadet Name:** _____
**Company:** _____
**Departure Date:** _____

All cadets must check out with their instructors (PE instructors included)

_____ Company Officer/Chief Interview*
_____ Assistant Commandant of Cadets interview (CDR Johnson)*
_____ Commandant of Cadets exit interview (CAPT Ray)*
          (Only required for 1/c and 2/c, others case by case)
_____ Office of Inclusion and Diversity Interview

| COURSE SUBJECT | INSTRUCTOR'S INITIALS |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**Michel Hall**
_____ Medical/Physical Exams (within the first 24 hours)
_____ Dental
_____ Receive Immunization Record
_____ Cadet Counselor, Lower Deck
          (call x8520 for appt)

**Chase Hall**
_____ Cadet Training Officer
          Chase Hall RM #1023
_____ Cadet Activities
_____ Uniform Officer (Surrender to Company Chief)
_____ Clothing Locker
_____ Exchange Uniform Shop
_____ Tailor Shop
_____ Cleaners
_____ Cadet Book Store
_____ Mail Room (forwarding address)
_____ Cadet Barber Shop
_____ Rifle Custodians (BMC Norrigian / LT Grim)
_____ Regimental Commander (RXO in his/her absence)
_____ Cadet Admin, transportation (REGISTER FOR MOVE.MIL)
_____ Cadet Admin, send DD1299, DD1797 forms, orders to HHG office

_____ Echo Company Officer (LT Driscoll x8231)
_____ CDAR (MKC Calley Jones: Alfa Company Chief)

**Academic Advisor** _____

**Roland Hall**
_____ Gym Equipment Room

**Leamy Hall**
_____ Chaplain

**Waesche Hall**
_____ Admissions
_____ CGA/Conn College Libraries

**Munro Hall**
_____ VA Representative, Mr. Andrew Mallory
          Call: 860-694-4696
_____ Equal Opportunity Advisor,

**Johnson Hall**
_____ GSK (If shipping trunk) bring
          Bring orders, signed DD1299 & DD1797

**Hamilton Hall**
_____ Registrar
_____ Computer Center (Basement)
_____ Cadet Finance (bring copy of res/dis instructions)
          Hamilton RM #218
_____ Doug Vanhouten (Call as survey is online 860-444-8240)
          (Retention Survey *Cadet Admin needs a copy*)

**McAllister Hall**
_____ Director of Academic Advising (CDR Brian Maggi ; Mac Rm 223 x8529)

**Yeton Hall**
_____ 100 Ton paperwork (2/c &1/c only) Rm 104 (Mr. Troy Castineria)

**FINAL CHECK-OUT**
_____ Room inspected/Trunk Inspection (Company Officer/Chief) Trunk shipment dock is GSK
_____ Veteran Affairs Office (Munro, 4th Deck, Thursdays: 0730-1200) POC: Mr. Andy Mallory, 860-694-4696, andrew.mallory@va.gov
_____ Cadet Vehicle Registration Officer (1/c cadets only)
_____ Company Officer (Final out brief)
_____ Munro Hall, if applicable, Must notify 24 hrs to 48 hrs prior to departure for final inspection out of your room
_____ Collect ID Card (YN). Removal from DEERS database.
_____ Cadet Admin (YN) – Sep Memos/Ltrs/Orders/DD-214 (Cadet may wear civilian clothing) (THIS WILL BE LAST)

Enclosure (1)

## CADET INFORMATION
*FILL OUT COMPLETELY*

LAST NAME:_____ FIRST NAME:_____ MIDDLE NAME_____

SSN:_____ EMPLID:_____

DATE OF BIRTH:_____

ETHNICITY:_____

CLASS OF _____: _____/c CADET
COMPANY OFFICER:_____ COMPANY:_____

HOME OF RECORD ADDRESS:_____

CITY:_____ STATE_____ ZIP CODE_____

PLACE OF BIRTH:_____

FINAL MAILING ADDRESS:_____

    CITY:_____ STATE_____ COUNTY_____ ZIP CODE_____

PHONE:__(____)_____ EMAIL ADDRESS:_____

HAVE YOU HAD A DENTAL EXAM IN THE LAST 90 DAYS?_____

DO YOU WANT COPY 3 OF DD-214 SENT TO THE VA OFFICE IN WASHINGTON D.C?_____

DO YOU WANT COPY 6 SENT TO A STATE VA OFFICE?_____ IF YES, WHICH STATE?_____

DATE ENTERED ACADEMY:_____

HOW DO YOU WANT TO GET HOME (i.e. DRIVE, FLY, ETC)?:_____

RIBBONS/MEDALS AWARDED:_____

PERSON AUTHORIZED TO RECEIVE HOUSEHOLD GOODS IN YOUR ABSENCE:
_____

NEAREST RELEATIVE THAT DOES NOT LIVE WITH YOU AT THE SAME ADDRESS
NAME:_____

ADDRESS:_____ CITY:_____ STATE:_____ ZIP CODE_____

ARE YOU A MILITARY DEPENDANT?; YES / NO

DO YOU HAVE ANY PRIOR SERVICE (PLEASE INCLUDE NAPS)? YES / NO IF YES, WHAT:_____

DO YOU WANT TO SHIP YOUR PERSONAL PROPERY (e.g. TRUNK)?: YES / NO
DID YOU REGISTAR FOR MOVE.MIL? YES/NO WHICH YN HELPED YOU?_____

IF YOU ARE FLYING HOME, WHERE IS THE CLOSEST AIRPORT?:_____

**1/c and 2/c Cadets ONLY:**

HEIGHT:_____ WEIGHT:_____ COLOR EYES:_____ COLOR HAIR:_____

Enclosure (1)