# Exhibit 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DEREK CLEMENTS, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:22-cv-02069-RMG |
| ) | |
| LLOYD J. AUSTIN, III, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF COLONEL JASON TREW

I, Jason M. Trew, hereby state and declare as follows:

1. I am a Colonel in the United States Air Force currently assigned as the Commandant and Dean, School of Advanced Air and Space Studies at Maxwell Air Force Base, Alabama. I have been in this position since June 24, 2022. The School of Advanced Air and Space Studies (SAASS) falls under Air University. As a part of my duties, I am responsible for all aspects of the school, including students, faculty, and staff of SAASS. I also participate in matters involving officer discipline and administrative action.

2. I am generally aware of the allegations set forth in the pleadings filed in this matter. I make this declaration in my official capacity and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties. I am aware of the vaccination and exemption request status for Colonel Jennifer Hall and any subsequent actions taken.

3. On September 15, 2021, Colonel Hall submitted a religious accommodation request to be exempted from the Air Force's COVID-19 vaccine mandate, which was denied by the Air

2

Education and Training Command (AETC) Commander on February 9, 2022. Her appeal of that decision was denied by the Air Force Surgeon General on April 21, 2022. She is currently being treated as though she is a class member and covered by the class-wide injunction in *Doster v. Kendall* out of the Southern District of Ohio. No adverse administrative action has been initiated including any potential administrative discharge proceeding, due to this court matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of August 2022.

TREW.JASON.M.1120472310
Digitally signed by TREW.JASON.M.1120472310
Date: 2022.08.23 14:16:00 -05'00'

JASON M. TREW, Colonel, USAF
Commandant and Dean
School of Advanced Air and Space Studies
Air University

2