# Exhibit 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| DEREK CLEMENTS, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:22-cv-02069-RMG |
| | ) | |
| LLOYD J. AUSTIN, III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DECLARATION OF LIEUTENANT COLONEL RICARDO D. COLON

I, Ricardo D. Colon, hereby state and declare as follows:

1. I am a Lieutenant Colonel in the United States Air Force currently assigned as the 31st Intelligence Squadron Commander at Fort Gordon, Georgia. I have been in this position since July 8, 2021. As a part of my duties, I am responsible for the supervision and command of all Airmen assigned to the 31st Intelligence Squadron (31 IS).

2. I am generally aware of the allegations set forth in the pleadings filed in this matter. I make this declaration in my official capacity and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties. I am aware of the vaccination and exemption status for Technical Sergeant (TSgt) Lance Carey and any subsequent actions taken. He is an active duty Airman under my command.

3. On September 11, 2021, TSgt Carey submitted a religious accommodation request to be exempted from the Air Force's COVID-19 vaccine mandate, which was denied by the Commander of Air Combat Command (COMACC) on April 15, 2022. TSgt Carey appealed that denial to the Air Force Surgeon General, who denied the appeal on June 7, 2022. He is currently

2

being treated as though he is a class member and covered by the class-wide injunction in *Doster v. Kendall* out of the Southern District of Ohio. Accordingly, any adverse administrative action pending against him, including any potential administrative discharge proceeding, has been paused.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of August 2022.

COLON.RICARDO.D.1114399244
Digitally signed by COLON.RICARDO.D.1114399244
Date: 2022.08.23 14:15:34 -04'00'

RICARDO D. COLON, Lt Col, USAF
Commander

2