# Exhibit 19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DEREK CLEMENTS, *et al.*,   )<br>            )<br>    Plaintiff,    )<br>            )<br>    v.        )<br>            )<br>LLOYD J. AUSTIN, III, *et al.*,  )<br>            )<br>    Defendants.    )<br>            ) | Civil Action No. 2:22-cv-02069-RMG |

### DECLARATION OF LIEUTENANT COLONEL COLBY LEATHERS

I, Colby B. Leathers, hereby state and declare as follows:

1. I am a Lieutenant Colonel in the United States Air Force currently assigned as the Section Commander at the Force Generation Center (FGC) for Headquarters, Air Force Reserve Command (AFRC), Robins Air Force Base, Georgia. I have been in this position since June 19, 2021. As a part of my duties, I am responsible for facilitating all command actions for the AFRC FGC overseeing 98 personnel, military and civilian. The AFRC FGC's mission is to serve as the focal point of commanding the Air Force Reserve by functioning as the key node for providing Reserve forces, both personnel and aircraft, worldwide to Combatant Commanders..

2. I am generally aware of the allegations set forth in the pleadings filed in this matter. I make this declaration in my official capacity and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties. I am aware of the vaccination and exemption status for Major (Maj) Andy Baumann and any subsequent actions taken.

3. On October 12, 2021, Maj Baumann submitted a religious accommodation request to be exempted from the Air Force's COVID-19 vaccine mandate, which was denied by the initial approval authority and denied on appeal on March 31, 2022. He is currently being treated as a class member and covered by the class-wide injunction in *Doster v. Kendall* out of the Southern District of Ohio. Accordingly, any adverse administrative action pending against him, including any potential involuntary transfer to the Individual Ready Reserve, has been paused.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of August 2022.

LEATHERS.COLBY.B.1110162827
Digitally signed by LEATHERS.COLBY.B.1110162827
Date: 2022.08.23 11:30:49 -04'00'

COLBY B. LEATHERS, Lt Col, USAF
AFRC FGC Section Commander

2