# Exhibit Index

| Exhibit No. | Description |
|---|---|
| 1. | Acting Assistant Secretary of Defense Memorandum (Sept. 14, 2021) |
| 2. | Declaration of Peter Marks, filed in *Coker v. Austin*, No. 3:21-cv-01211 (N.D. Fla) |
| 3. | Declaration of Maj. Scott Stanley |
| 4. | Declaration of Col. Tonya Rans |
| 5. | Declaration of Col. Kevin J. Mahoney |
| 6. | Declaration of Col. Wilson R. Rutherford IV |
| 7. | Supplemental Declaration of Col. Wilson R. Rutherford IV |
| 8. | Army Fragmentary Order 5 |
| 9. | Declaration of Rear Admiral Eric C. Jones |
| 10. | Declaration of Rear Admiral William Kelly |
| 11. | Coast Guard Superintendent Instruction M5215.2N |
| 12. | Declaration of Col. Atemio C. Chapa |
| 13. | Declaration of Maj. Matthew Streett |
| 14. | Declaration of Col. Elizabeth Hernandez |
| 15. | Declaration of Brig. Gen. Paul Moga |
| 16. | Supplemental Declaration of Brig. Gen. Paul Moga |
| 17. | Declaration of Col. Jason Trew |
| 18. | Declaration of Lt. Col. Richard D. Colon |
| 19. | Declaration of Lt. Col. Colby Leathers |
| 20. | Declaration of Col. Corey A. Simmons |
| 21. | *Dunn v. Austin* Opinion Transcript |
| 22. | Exhibit Index |