# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**Charleston Division**

| | |
|---|---|
| DEREK CLEMENTS, *et al.*,  )<br>  )<br>   Plaintiffs  )<br>  )<br>v.  )<br>  )<br>LLOYD J. AUSTIN, III, *et al.*,  )<br>  )<br>   Defendants.  )<br>_____ ) | Civil Action No. 2:22-cv-02069-RMG |

## DECLARATION OF TECHNICAL SERGEANT LANCE E. CAREY

I, Lance E. Carey, am a Technical Sergeant in the United States Air Force. I am currently stationed at Fort Gordon, Georgia.

On the morning of July 20, 2022, I called the information desk at the hospital on Fort Gordon (Eisenhower Army Medical Center) to figure out where I can go to receive the COVID-19 vaccination. The woman I spoke with informed me that the hospital is not administering the shot and that I would need to go to the COVID-19 vaccination clinic which is located a short distance from the hospital.

Later that afternoon I went to the clinic and the Army 1st Lieutenant working there informed me that they have not had any of the vaccines since April and that I would need to go off post to Walgreens, CVS, Wal-Mart, etc. to get a shot.

I then called the Fort Gordon medical appointment line to see if I could make an appointment with my primary care physician to acquire a vaccine and she informed me that Fort Gordon is currently not administering them and that I would have to go off post. I told her that I was on a timeline and that I could not find the vaccine I was ordered to receive off post. She

responded that Fort Gordon would be having a meeting the next day to discuss whether or not Fort Gordon will begin administering the shots again.

On July 26, 2022, I once again attempted to locate the vaccine. I called the appointment line and the employee informed me that vaccinations have resumed and directed me to contact the immunizations clinic at Huber Clinic to address any vaccine related questions. The employee at Huber Clinic informed me that they do not have the fully licensed version but they do have the same version that they have been administering since the onset.

I have not seen any indication that there is any available stock on my installation of 'COVID-19 Vaccines that receive full licensure from the Food and Drug Administration' per the order given by the Secretary of Defense and further issued by the Secretary of the Air Force.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2022.

_____
Lance E. Carey