# Exhibit 11

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division**

DEREK CLEMENTS, *et al.*,          )
                                   )
    Plaintiffs                    )
                                   )
v.                                 )          Civil Action No. 2:22-cv-02069-RMG
                                   )
LLOYD J. AUSTIN, III, *et al.*,    )
                                   )
    Defendants.                   )
_____)

## DECLARATION OF CAPTAIN ZACH POKRANT

I, Zach Pokrant, am a Captain in the United States Air Force. I am currently stationed at Joint Base Charleston, South Carolina.

I came into possession of a vial of the available vaccine at my local Medical Group (628 MDG). Enclosure 1. I still have that vial in my possession today. The only vaccine we have in the clinic at Joint Base Charleston is the original Pfizer EUA vaccine. That has not changed in the last 2 years, as of today 22 July 2022. When I specifically asked for Comirnaty, I was told by the NCO in charge that they do not have it and will not have it.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 26 July 2022.

Zach Pokrant

# Enclosure 1





