# Exhibit 13

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division**

| | | |
|---|---|---|
| DEREK CLEMENTS, *et al*., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:22-cv-02069-RMG |
| | ) | |
| LLOYD J. AUSTIN, III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>DECLARATION OF CADET DAYNA JOHNSON</u>**

I, Dayna Johnson, am a Cadet at the United States Coast Guard Academy. Yesterday, 15 August 2022, I woke up feeling sick, so I went to the clinic and got "SIQ" (STAY IN QUARTERS). I wake up and look at my phone to see a text from my company commander asking if I have a meeting with CDR Cassavant. I had no idea about any meetings, but he assured me that I did. I proceeded to tell him that I am "SIQ" for the day and he said that Chief Johnson told him that I need to get into uniform and go down to see CDR Cassavant regardless of feeling sick.

I went down at 1450 to have my meeting. CDR Cassavant hands me a disciplinary form regarding the Novavax (which has never been offered to us before). I refused to sign saying that I prefer not to without legal counsel there with me. He then proceeded to hand me a memo from DPR saying that my appeal of disenrollment had been denied. After, he proceeded to tell me that I was very mature and professional during the meeting, and he thanked me for it. He also handed me 2 sheets including a cadet checkout list and a cadet information sheet to start the out processing.

Today, 16 August 2022, I started the out-processing sheet with very little guidance and help. People that I talked to (Amanda Mattoon the COC's assistant and staff at the clinic) were unsure of the questions regarding the out-processing process that I had for them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2022.

Dayna Johnson