# Exhibit 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

| | |
|---|---|
| DEREK CLEMENTS, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 2:22-cv-02069-RMG |
| ) | |
| LLOYD J. AUSTIN, III, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF CADET JIN JOHNSON

I, Jin Johnson, am a Cadet at the United States Coast Guard Academy.

On August 11th 2022 at 0930, I attended a meeting with CDR Casavant and LT Ray regarding an Administrative Remarks (Page 7) notice with the Entry Type of Performance and Discipline (P&D-41C). This Page 7 stated once again that "active duty and Coast Guard members are required to receive COVID-19 vaccination in accordance with the Food and Drug Administration's approved labeling and guidance ("vaccine mandate"). Members may also choose to receive vaccines administered under the Food and Drug Administration's Emergency Use Authorization." It then goes on to state that "the Food and Drug Administration has recenty issued and Emergency Use Authorization for the Novavax COVID-19 vaccine. Service members who complete the Novavax regime would be in compliance with the Coast Guard's COVID-19 vaccine mandate." This memo was signed by Capt. Michael A. Turdo on August 8th 2022 and provided to me on August 11th 2022. During this meeting, CDR Casavant informed me of the availability of the vaccine to Coast Guard members. Also during this meeting, I inquired about

the status of both the investigation that had been opened regarding an accusation against me stating that I had committed a hate crime as well as the investigation that I opened into Capt. Arthur Ray regarding his verbal and physical intimidation of me on billet night 2022 due to my status as an unvaccinated cadet. I refused to sign the Administrative Remarks sheet.

On August 15th 2022 at 1530, I attended a meeting with CDR Casavant and LT Ray in which I received a memo from RADM Eric C. Jones (DCMS-DPR) stating that "After review and careful consideration of references (a), (b), (c), (d), €, (f), (g), (h), (i) and (k), I am denying your appeal of disenrollment." This memo was dated "Aug 11 2022" and was provided to me on August 15th 2022. During that meeting, I asked about whether or not action was supposed to be delayed until September 1st 2022, to which I was informed that CDR would check with the legal department. I was then informed that the investigation into me regarding the potential hate crime has been dropped due to lack of substance in the accusation. I was informed that the investigation into Capt. Ray for the events on billet night 2022 was currently still open. I asked about the timeline of events for disenrollment and was told it is not 100% set in stone yet, but a date would be determined once I was partially through the checkout process. I was then brought to Ms. Amanda Mattoon's office in which I was provided two checkout sheets.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16th 2022.

Jin Johnson

2