# Exhibit 15

Good afternoon. Please see the following responses to your questions from last week.

Thank you.

v/r,

CDR Casavant

=====

1. *"The government counsel in the lawsuit informed our attorneys that we must stay up to date with certain requirements so that we can resume our positions at the Academy, if that were to occur. Please advise on how we can keep current on the academic courses we are not permitted to attend in person."*

   **Recommended response:** Because you are currently disenrolled from the Academy and serving at an alternate worksite, the order to remain current has to do with Coast Guard-mandated training found online through the Coast Guard's e-learning system. It is not an order to remain current in your academic courses.

Reply to All

2. *"If no alternative to attending classes is provided (whether in person or virtually), can we pursue our own alternatives—via local or online colleges—so that we do not fall behind our peers? Will credit at other accredited institutions be accepted, or considered for acceptance?"*

   **Recommended response:** You may take courses elsewhere at your own expense. Credit from these courses will not transfer to CGA, but such academic work may allow you to validate those courses at CGA, which means you may be able to waive required courses to create opportunities to pursue elective courses of interest. You may also take Connecticut College courses for credit on a limited basis with prior approval of your chain of command and Academic Advisor.

3. *"If no alternative to attending classes is provided, and we are reinstated, how will our academic standing be affected? How will our absence be rectified and how will the Academy ensure we are not negatively affected?"*

*academic standing be affected? How will our absence be rectified and how will the Academy ensure we are not negatively affected?"*

**Recommended response:** Assuming CGA is ordered to reinstate you, your academic standing will depend on the timing of such an order. Additionally, best efforts will be made to ensure minimal impact on your timeline to graduate.

4. *"The government counsel in the lawsuit has indicated that "Comirnaty-labeled" vials were available for all Plaintiffs. Now that we are no longer at the Academy, please advise how we are to access any such labeled vials offered by the Coast Guard and/or military."*

**Recommended response:** You were offered a Comirnaty-labeled vaccine on several occasions prior to your departure from CGA. If you want to take such a vaccine now, CGA can assist you in finding the nearest military facility to your home of record offering a Comirnaty-labeled vaccine or you are still able to take any approved vaccine at a Tricare-participating pharmacy (e.g., CVS).

to take any approved vaccine at a Tricare-participating pharmacy (e.g., CVS).

5. Can the allotments out of the cadet pay (i.e., cadet activity fees and laundry) be paused while the cadets are away and not using the service the allotments pay for?

   **Recommended response:** Yes, we have stopped these fees from being deducted from your account.

6. Are the cadets entitled to lodging and per diem while they are temporarily assigned to their homes of record?

   **Recommended response:** No, the Superintendent has ordered you return to your home of record as an alternate worksite. You are not entitled to per diem or lodging expenses, but you are entitled to cadet basic pay and meal rations. This is the same status and entitlements that were provided to the Corps of Cadets when the Corps was ordered home during the earlier phase of Covid-19 (i.e., in March 2020).