# Exhibit 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

| | | |
|---|---|---|
| DEREK CLEMENTS, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:22-cv-02069-RMG |
| | ) | |
| LLOYD J. AUSTIN, III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF CADET DAYNA JOHNSON

I, Dayna Johnson, am a Cadet at the United States Coast Guard Academy. The day after returning to the Academy for the fall semester, 15 August 2022, I woke up feeling sick, so I went to the clinic and got "SIQ" (STAY IN QUARTERS). I wake up and look at my phone to see a text from my company commander asking if I have a meeting with CDR Cassavant. I had no idea about any meetings, but he assured me that I did. I proceeded to tell him that I am "SIQ" for the day and he said that Chief Johnson told him that I need to get into uniform and go down to see CDR Cassavant regardless of feeling sick.

I went down at 1450 to have my meeting. CDR Cassavant hands me a disciplinary form regarding the Novavax (which has never been offered to us before). I refused to sign saying that I prefer not to without legal counsel there with me. He then proceeded to hand me a memo from DPR saying that my appeal of disenrollment had been denied. After, he proceeded to tell me that I was very mature and professional during the meeting, and he thanked me for it. He also handed me 2 sheets including a cadet checkout list and a cadet information sheet to start the out processing.

On 16 August 2022, I started the out-processing sheet with very little guidance and help. People that I talked to (Amanda Mattoon the COC's assistant and staff at the clinic) were unsure of the questions regarding the out-processing process that I had for them. The harassment, targeting, mistreatment and discrimination that was going on during the 2021-2022 academic year had pushed me to not wanting to be in the Corp anymore. Starting during swab summer, having a mask on when the vaccinated cadets did not need one made me a target. If we were working out and my mask fell below my nose, the cadre would start yelling at me to pull it up with comments including, "Eww, wear your mask right, we don't want to get sick." We would be running or doing other workouts outside, and my mask would fall below my nose and I would immediately get screamed at when I literally could not breathe. Once the academy made masks required for everyone as soon as the platoon would get outside a cadre would order them to be taken off. I took mine off too and then one cadre says, "No! Not them!" Like I was a different class of person. We were sitting on a bus leaving campus to go to USCGC Eagle, and it was demanded that the unvaccinated cadets sit in the very front spread out from one another and everyone else got to sit wherever. Now moving on to some school year examples of the same issues: In chemistry class, I was made to sit in plexi-glass barriers in the very back of the classroom all semester. The teacher would come by and scoot them back more and more in order to protect the other students from me. In chemistry Lab, I was humiliated in front of everyone when my teacher called me to talk to me, then scooted a desk in the very back away from everyone where I could not see the board THEN made me choose one of the vaccinated to be my partner and sit in the back away from everyone all semester. That fellow cadet made many rude comments regarding my decision. One lab, I was not even allowed to show up because lab equipment was being shared so I had to do a lab online all by myself with little to no guidance.

In Calculus on the first day, I sat down, and people sat down near me in the middle row of the classroom. The teacher comes in and says, "If you are not vaccinated, please move to the back of the room away from everyone." Another humiliation proceeded when I stood up in that class and moved to the back while everyone started at me. I sat in the back with nobody close to me the entire semester. When masks went away for everyone except the unvaccinated, Alfa company command told other leadership within the company to, "Watch out for the unvaccinated cadets because they need to be wearing masks" and then proceeded to name names. Cadets and staff at the school have told me over and over to "Just get it, just get the shot" after telling them over and over "no." This is by no means everything, but the same similar stuff happened everyday all year. Mentally I cannot take it anymore, so I am leaving the USCGA. I am done dealing with the harassment, mistreatment, discrimination and targeting that goes on here at the United States Coast Guard Academy over my right to practice my religion in a country that has freedom of religion as its first amendment to the constitution.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on August 18, 2022.

*Dayna Johnson*
Dayna Johnson