# Exhibit 17

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**Charleston Division**

| | | |
|---|---|---|
| DEREK CLEMENTS, *et al*., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:22-cv-02069-RMG |
| | ) | |
| LLOYD J. AUSTIN, III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>DECLARATION OF CADET JIN JOHNSON</u>**

I, Jin Johnson, am a Cadet at the United States Coast Guard Academy.

This affidavit is an addendum to the affidavit I submitted on August 16th 2022.

I was not notified that we would be subject to disenrollment in the near future until my notice of disenrollment in late June. I was then not informed that we would not likely be able to attend the school year until the denial of my appeal given to me in mid-August. This did not provide ample time for transition to civilian life another institution of education for the 2022 fall semester.

I have been informed on Wednesday that I am required to finish the checkout sheet by Friday at 1200. This process generally takes 2-3 weeks, and I was given less than a week in order to complete it (5 days). I have indirectly received a threat that if I do not finish it by the deadline of Friday, I will be subject to "serios consequences." This was relayed to me through Sophia

Galdamez, who received a verbal scolding from Senior Chief Scott when she asked about the deadline and who the order is coming from.

I have not been told anything regarding what I am to be doing after 1200 on Friday.

I am currently being held on a very short timeline because it seems as though the Academy is attempting to disenroll and remove us from the premises of the Academy as soon as the September 1st deadline arrives, prior to current litigation being complete.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17th 2022.

Jim Johnson