# Exhibit 19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

| | |
|---|---|
| DEREK CLEMENTS, *et al.*, | ) |
| Plaintiffs | ) |
| v. | ) Civil Action No. 2:22-cv-02069-RMG |
| LLOYD J. AUSTIN, III, *et al.*, | ) |
| Defendants. | ) |

### DECLARATION OF CADET NATHAN AIME

I, Nathan Aime, am a Cadet at the United States Coast Guard Academy. I received a last-minute email as well on August 15, 2022, from a Company Officer, Lieutenant Kelsey Gray stating I had a meeting with Commander Casavant, the Assistant Commandant of Cadets. Here I was told about the Novavax vaccine and that upon refusal my disenrollment would be continued. In addition to this news, I received a memo under which the entry type was performance and discipline and contained details of the Novavax vaccine being administered under the Emergency Use Authorization as well as a denial letter for the appeal of my disenrollment. I refused to sign the paperwork to which Commander Casavant wrote "Member refused to sign." A few hours after the meeting, I was given a checkout sheet to complete before officially ending the process of my disenrollment by Tabitha Aime who had received two copies since I was not handed one during my initial meeting.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2022.

Nathan Aime