# Exhibit 21

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**Charleston Division**

| | |
|---|---|
| DEREK CLEMENTS, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 2:22-cv-02069-RMG |
| ) | |
| LLOYD J. AUSTIN, III, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF CADET TABITHA AIME

I, Tabitha Aime, am a Cadet at the United States Coast Guard Academy.

Yesterday, on Monday, August 15, 2022, the Corps of Cadets officially began the transitional period into the academic school year known as CAP (Cadet Administrative Processing) week. My meeting with the Assistant Commandant of Cadets (ACoC) was originally scheduled for 1400, a time that was unbeknownst to me and that I would be unable to honor due to having a mandatory drill ceremony. For this ceremony, cadets were instructed to leave cell phones in the barracks due to professionalism. Directly after the ceremony I had to attend another event, which I attended without my cell phone. Upon returning to my room my phone was receiving a call from an unknown number and I had an inkling to pick it up, so I did. I was informed that I had a meeting with the ACoC and needed to get down to his office as soon as possible. I took this call at 2:34 PM.

My meeting with the ACoC was very brief and to the point. He presented me with a general page 7 informing me that Novavax was now a viable vaccine option per Coast Guard standards/policy. When I did not show superfluous interest in beginning the Novavax vaccine series and refused to sign the general page 7 he proceeded to present me a memo denying my disenrollment appeal. After presenting me these two documents the ACoC thanked me for my professionalism through a 'very difficult process.' He then asked if I had any questions. I asked how long the disenrollment process took and then asked what would happen if I were to start a vaccine regimen. His response to the latter question was that my disenrollment would be thrown out the window, essentially becoming null and void.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 16 August 2022.

_____
Tabitha Aime