# Exhibit 22



# Purple Book
# Database of Licensed Biological Products



Purple Book Homepage / Simple Search

Purple Book Homepage

About Purple Book

User Guide

FAQs

Patent List

Download Purple Book Data

## Simple Search Results for: *Comirnaty*   [ NEW SEARCH ]   [ Navigate to Advanced Search ]

The Simple Search Results page for the selected product includes all biological products that share a core name (*i.e.*, biosimilar, interchangeable, reference, and related biological products).

Matching card colors indicate a biological product is biosimilar to or interchangeable with a reference product.

### Biosimilar(s) ⓘ

*No biosimilar data at this time.*

### Interchangeable(s) ⓘ

*No interchangeable data at this time.*

### Reference Product(s) ⓘ

| | |
|---|---|
| **Proprietary Name**<br>*Comirnaty*<br><br>**Proper Name**<br>COVID-19 Vaccine, mRNA | **Proprietary Name**<br>*Spikevax*<br><br>**Proper Name**<br>COVID-19 Vaccine, mRNA |