Exhibit 1: Letter re FDA CDC Vaccine Labeling
Exhibit 2: Whistleblower Report
Exhibit 3: Comm with Gov't
Exhibit 4: Comm with USCGA
Exhibit 5: J. Johnson Affidavit
Exhibit 6: Babcock Affidavit
Exhibit 7: Carey Affidavit
Exhibit 8: Hall Affidavit
Exhibit 9: J. Johnson Affidavit
Exhibit 10: Kloster Affidavit
Exhibit 11: Pokrant Affidavit
Exhibit 12: Wilburn Affidavit
Exhibit 13: D. Johnson Affidavit
Exhibit 14: J. Johnson Affidavit
Exhibit 15: Email Comm from USCGA to Cadet
Exhibit 16: D. Johnson Affidavit
Exhibit 17: J. Johnson Harassment Affidavit
Exhibit 18: J. Johnson Affidavit Addendum
Exhibit 19: N. Aime Affidavit
Exhibit 20: S. Galdamez Affidavit
Exhibit 21: T. Aime Affidavit
Exhibit 22: FDA Purple Book Screenshot