IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**Charleston Division**

| | |
|---|---|
| DEREK CLEMENTS, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 2:22-cv-02069-RMG |
| ) | |
| LLOYD J. AUSTIN, III, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF JOINT SCHEDULING REQUEST FOR ANY PRELIMINARY INJUNCTION HEARING**

The Parties, by and through counsel, respectfully submit this Joint Scheduling Request with regards to the Court's scheduling of a hearing for Plaintiffs' Motion for a Preliminary Injunction.[1] For good reason, the Parties respectfully ask that the Court schedule any hearing outside September 9, 2022, through September 23, 2022, to account for conflicts held by respective counsel during the approximately 2-week timespan. Counsel for Plaintiffs have conflicts between September 9, 2022, and September 22, 2022, which includes the out-of-country absence of one of Plaintiffs' lead counsel. Counsel for Defendant has a conflict on September 23, 2022.

---

[1] The Parties disagree on the necessity of a preliminary injunction motion hearing. Defendant submits that a hearing on Plaintiffs' preliminary injunction motion is unnecessary. Plaintiffs submit that the hearing is not only appropriate under FRCP 65, but also that the hearing is necessary, as Plaintiffs' counsel intend to develop the record further by introducing witness testimony. Plaintiffs believe that said live testimony is necessary to give the Court a full, up-to-date account of the situation surrounding the case, will provide critical context, and will greatly abet the Court in its deliberations.

Plaintiffs' sought Defendant's consent on this filing, during which both parties discussed their respective dates of absence. Accordingly, the Parties respectfully ask that the Court schedule any hearing on Plaintiffs' Motion for a Preliminary Injunction outside of the above listed dates.

          Respectfully submitted,

| | |
|---|---|
| COREY F. ELLIS<br>UNITED STATES ATTORNEY | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| */s/ Beth Drake*<br>Beth Drake (#5598)<br>Assistant United States Attorney<br>1441 Main Street, Suite 600<br>Columbia, SC 29201<br>Telephone: (803) 929- 3061<br>Beth.Drake@usdoj.gov | ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br>*/s/ Cassandra Snyder*<br>CODY T. KNAPP (NY #5715438)<br>CASSANDRA SNYDER (DC #1671667)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C. 20005<br>Telephone: (202) 451-7729<br>cassandra.m.snyder@usdoj.gov<br><br>*Counsel for Defendants* |
| */s/ Michael T. Rose*<br>Michael T. Rose (S.C. Bar No. 004910)<br>Mike Rose Law Firm, PC<br>409 Central Ave.<br>Summerville, SC 29483 | */s/ Carol A. Thompson*<br>Carol A. Thompson<br>Federal Practice Group<br>1750 K Street N.W., Suite 900<br>Washington, D.C> 20006 |

|  |  |
|---|---|
| Telephone: (843) 871-1821<br>mike@mikeroselawfirm.com<br>*Local Counsel* | Telephone: (202) 862- 4360<br>Facsimile: (888) 899- 6053<br>cthompson@fedpractice.com<br>*Admitted via Pro Hac Vice*<br><br>*/s/ John J. Michels, Jr.*<br>John J. Michels, Jr.<br>Federal Practice Group<br>1750 K Street N.W., Suite 900<br>Washington, D.C.  20006<br>Telephone: (202) 862-4360<br>Facsimile: (888) 899-6053<br>lmichels@fedpractice.com<br>*Admitted via Pro Hac Vice*<br><br>*Counsel for Plaintiffs* |