**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**Charleston Division**

| | |
|---|---|
| DEREK CLEMENTS, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 2:22-cv-02069-RMG |
| ) | |
| LLOYD J. AUSTIN, III, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF CADET TABITHA AIME

I, Tabitha Aime, am a former Cadet at the United States Coast Guard Academy.

On Friday, September 23, 2022, at approximately 3:00 pm EDT, I received a phone call from Commander Aaron J. Casavant, the Deputy Commandant of Cadets. He informed me that I would be discharged from the Coast Guard, effective that day. I was informed that I would later receive a DD 214 discharge form by email.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2022.

*/s/ Tabitha Aime*

Tabitha Aime