# Exhibit 1
# Letter from Senators

# United States Senate
WASHINGTON, DC 20510

November 30, 2022

The Honorable Mitch McConnell
Republican Leader
United States Senate

The Honorable John Thune
Republican Whip
United States Senate

The Honorable John Barrasso
Chairman
Republican Conference
United States Senate

The Honorable Roy Blunt
Chairman
Republican Policy Committee
United States Senate

Dear Leader McConnell and Senators Thune, Barrasso, and Blunt:

We oppose invoking cloture on the National Defense Authorization Act for Fiscal Year 2023, unless the Senate votes on a single amendment to (1) prohibit the involuntary separation of a member of the Armed Forces based solely on a service member's COVID-19 vaccination status and to (2) reinstate those who may have already been separated with back pay. We respectfully request that the Senate Republican leadership whips the question.

The Department of Defense COVID-19 vaccine mandate has ruined the livelihoods of men and women who have honorably served our country. As of April 2022, approximately 3,400 troops have been discharged from the military for refusing to be vaccinated against COVID-19. While the Department of Defense certainly must make decisions that will bolster military readiness, the effects of the mandate are antithetical to readiness of our force, and the policy must be revoked.

The United States simply cannot afford to discharge our brave men and women in uniform and lose the investments we have made into each and every one of them due to an inept bureaucratic policy. While training costs vary between each service, the Army, for example estimates it spends $15,000 in recruiting costs to bring someone into the service and another $50,000 to $75,000 to prepare them to join their first unit, depending on their job. The military also faces challenges with recruitment. Military recruitment is reportedly down 23% from annual targets. Therefore, due to costs and recruiting challenges, losing thousands of troops due to their vaccination status is a readiness issue that the Department should take seriously.

We respectfully request that the Senate vote to remedy a policy that adversely affects our service members and our national security.

Sincerely,

Rand Paul, M.D.
United States Senator

Lindsey O. Graham
United States Senator

_[signature]_

Rick Scott
United States Senator

_[signature]_

Mike Lee
United States Senator

_[signature]_

Ted Cruz
United States Senator

_[signature]_

Ron Johnson
United States Senator

_[signature]_

Mike Braun
United States Senator

_[signature]_

Roger Marshall, M.D.
United States Senator

_[signature]_

Tommy Tuberville
United States Senator

_[signature]_

Marco Rubio
United States Senator

_[signature]_

Steve Daines
United States Senator

_[signature]_

Cindy Hyde-Smith
United States Senator

_[signature]_

Josh Hawley
United States Senator

# Exhibit 2
# Letter from Governors



November 30, 2022

The Honorable Nancy Pelosi
Speaker of the House
U.S. House of Representatives
Washington, DC 20515

The Honorable Chuck Schumer
Majority Leader
U.S. Senate
Washington, DC 20510

The Honorable Kevin McCarthy
Minority Leader
U.S. House of Representatives
Washington, DC 20515

The Honorable Mitch McConnell
Minority Leader
U.S. Senate
Washington, DC 20510

Dear Speaker Pelosi, Leader McCarthy, Leader Schumer, and Leader McConnell,

We ask you to take immediate action to remove and prohibit the Biden Administration's COVID-19 vaccine mandate on members of the U.S. Armed Forces, issued by Defense Secretary Lloyd Austin on August 24, 2021—either through the National Defense Authorization Act or a standalone bill. The Biden vaccine mandate on our military creates a national security risk that severely impacts our defense capabilities abroad and our state readiness here at home.

We face a two-front problem due to the Biden vaccine mandate: current servicemembers are leaving our ranks, and new recruits are not signing up to join. Implementation of the mandate has placed our nation's military readiness at risk. As reported:
- On October 8, 2022, U.S. Army National Guard Chief of Staff Major General Rich Baldwin explained that the National Guard missed its recruiting target by 10% and announced that 7,500 members left service.
- On September 21, 2022. Deputy Chief of the Army National Guard Strength Maintenance Division Anson Smith revealed that the National Guard was preparing to discharge approximately 14,000 soldiers in the next two years for refusing the COVID-19 vaccine.
- On October 10, 2022, U.S. Army Secretary Christine Wormuth revealed that the Army failed its recruitment goal by 25% falling 15,000 recruits short of the target.
- As of November 15, 2022, the Armed Forces discharged 8,000 Active Duty members since the implementation of the Biden vaccine mandate.

As Governors, our ability to respond to natural disasters and conduct emergency operations is contingent upon the strength and size of our National Guard units. As Congressional leaders, it is your duty to provide for the national defense, and therefore, we call upon you to protect the men and women in uniform—who

November 30, 2022
Page 2 of 2

protect us—from an unnecessary vaccine mandate. As President Biden, himself, stated on September 18, 2022, "The pandemic is over."

Sincerely,

Governor Bill Lee
State of Tennessee

Governor Kay Ivey
State of Alabama

Governor Doug Ducey
State of Arizona

Governor Asa Hutchinson
State of Arkansas

Governor Ron DeSantis
State of Florida

Governor Brad Little
State of Idaho

Governor Eric Holcomb
State of Indiana

Governor Kim Reynolds
State of Iowa

Governor Tate Reeves
State of Mississippi

Governor Mike Parson
State of Missouri

Governor Greg Gianforte
State of Montana

Governor Pete Ricketts
State of Nebraska

Governor Chris Sununu
State of New Hampshire

Governor Doug Burgum
State of North Dakota

Governor Kevin Stitt
State of Oklahoma

Governor Henry McMaster
State of South Carolina

Governor Kristi Noem
State of South Dakota

Governor Greg Abbott
State of Texas

Governor Spencer Cox
State of Utah

Governor Glenn Youngkin
Commonwealth of Virginia

Governor Mark Gordon
State of Wyoming

cc:   President Joseph R. Biden, Jr.
      The White House
      1600 Pennsylvania Ave NW
      Washington, DC  20500

# Exhibit 3

# Excerpt from FDA package insert

### Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| TOZINAMERAN (UNII: 5085ZFP6SJ) (TOZINAMERAN - UNII:5085ZFP6SJ) | TOZINAMERAN | 0.225 mg in 2.25 mL |

### Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| ALC-0159 (UNII: PJH39UMU6H) | 0.4 mg in 2.25 mL |
| ALC-0315 (UNII: AVX8DX713V) | 3.23 mg in 2.25 mL |
| POTASSIUM CHLORIDE (UNII: 660YQ98I10) | 0.07 mg in 2.25 mL |
| MONOBASIC POTASSIUM PHOSPHATE (UNII: 4J9FJ0HL51) | 0.07 mg in 2.25 mL |
| SODIUM CHLORIDE (UNII: 451W47IQ8X) | 2.7 mg in 2.25 mL |
| SODIUM PHOSPHATE, DIBASIC, DIHYDRATE (UNII: 94255I6E2T) | 0.49 mg in 2.25 mL |
| SUCROSE (UNII: C151H8M554) | 46 mg in 2.25 mL |
| 1,2-DISTEAROYL-SN-GLYCERO-3-PHOSPHOCHOLINE (UNII: 043IPI2M0K) | 0.7 mg in 2.25 mL |
| CHOLESTEROL (UNII: 97C5T2UQ7J) | 1.4 mg in 2.25 mL |
| WATER (UNII: 059QF0KO0R) | |

### Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:0069-1000-02 | 195 in 1 CARTON | | |
| 1 | NDC:0069-1000-01 | 2.25 mL in 1 VIAL, GLASS; Type 0: Not a Combination Product | | |
| 2 | NDC:0069-1000-03 | 25 in 1 CARTON | | |
| 2 | NDC:0069-1000-01 | 2.25 mL in 1 VIAL, GLASS; Type 0: Not a Combination Product | | |

### Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| BLA | BLA125742 | 08/23/2021 | 08/23/2021 |

**Labeler** - Pfizer Laboratories Div Pfizer Inc (134489525)

### Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Pfizer Manufacturing Belgium NV | | 370156507 | ANALYSIS(0069-1000), MANUFACTURE(0069-1000), PACK(0069-1000), LABEL(0069-1000) |

### Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Pharmacia & Upjohn Company LLC | | 618054084 | ANALYSIS(0069-1000), MANUFACTURE(0069-1000), PACK(0069-1000), LABEL(0069-1000) |

### Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Wyeth BioPharma Division of Wyeth Pharmaceuticals LLC | | 174350868 | ANALYSIS(0069-1000), API MANUFACTURE(0069-1000) |

### Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Pfizer Inc | | 004954111 | ANALYSIS(0069-1000) |

### Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Pfizer Ireland Pharmaceuticals | | 985586408 | ANALYSIS(0069-1000) |

# Exhibit 4
# VAERS Stats

COVID Vaccine Data - OpenVAERS                                              https://openvaers.com/covid-data

                                                         

Read The CDC Disclaimer

# VAERS COVID Vaccine Adverse Event Reports

Reports from the Vaccine Adverse Events Reporting System. Our default data reflects all VAERS data including the "nondomestic" reports.

As of 11-18-2022 VAERS has stopped putting free text field information in the public data for Europe/UK.

All VAERS COVID Reports         US/Territories/Unknown

## 903,327 Reports Through November 25, 2022

source: OpenVAERS.com

**15,508**
DEATHS

**72,111**
HOSPITALIZATIONS

**107,102**
URGENT CARE

**177,056**
DOCTOR OFFICE VISITS

**2,391**
ANAPHYLAXIS

**5,978**
BELL'S PALSY

1 of 4



| 1,821 | 6,304 |
| :---: | :---: |
| Miscarriages | Heart Attacks |
| 9,266 | 15,505 |
| Myocarditis/Pericarditis | Permanently Disabled |
| 3,283 | 13,559 |
| Thrombocytopenia/Low Platelet | Life Threatening |
| 33,017 | 7,926 |
| Severe Allergic Reaction | Shingles |

# * As of November 18, 2022 VAERS has stopped putting free text field information in for Europe/UK.

Read More →

Read COVID Child Reports        Read VAERS COVID Reports

Read All VAERS Reports

COVID Vaccine Data - OpenVAERS

https://openvaers.com/covid-data



Questions? Comments? Bugs?

COVID Vaccine Data - OpenVAERS

info@openvaers.com

https://openvaers.com/covid-da

Due to the high volume of inquiries, please be patient with response times 

AND PLEASE read the FAQ first.

OpenVAERS is a private organization that posts publicly available CDC/FDA data of injuries reported post-vaccination. Reports are not proof of causality.

# Exhibit 5
# Letter from Sen. Johnson



**United States Senate**
COMMITTEE ON
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS
WASHINGTON, DC 20510-6250

February 1, 2022

The Honorable Lloyd J. Austin III
Secretary
Department of Defense

Dear Secretary Austin:

On January 24, 2022, I held a roundtable featuring world renowned doctors and medical experts who shared their perspectives on COVID-19 vaccine efficacy and safety and the overall response to the pandemic.[1] At that roundtable, I heard testimony from Thomas Renz, an attorney who is representing three Department of Defense (DoD) whistleblowers, who revealed disturbing information regarding dramatic increases in medical diagnoses among military personnel. The concern is that these increases may be related to the COVID-19 vaccines that our servicemen and women have been mandated to take.

Based on data from the Defense Medical Epidemiology Database (DMED), Renz reported that these whistleblowers found a significant increase in registered diagnoses on DMED for miscarriages, cancer, and many other medical conditions in 2021 compared to a five-year average from 2016-2020.[2] For example, at the roundtable Renz stated that registered diagnoses for neurological issues increased 10 times from a five-year average of 82,000 to 863,000 in 2021.[3] There were also increases in registered diagnoses in 2021 for the following medical conditions:[4]

- Hypertension – 2,181% increase
- Diseases of the nervous system – 1,048% increase
- Malignant neoplasms of esophagus – 894% increase
- Multiple sclerosis – 680% increase
- Malignant neoplasms of digestive organs – 624% increase
- Guillain-Barre syndrome – 551% increase
- Breast cancer – 487% increase
- Demyelinating – 487% increase
- Malignant neoplasms of thyroid and other endocrine glands – 474% increase

---

[1] Press Release, *VIDEO RELEASE Sen. Ron Johnson COVID-19: A Second Opinion Panel Garners Over 800,000 Views in 24 Hours*, Jan. 25, 2022, https://www.ronjohnson.senate.gov/2022/1/video-release-sen-ron-johnson-covid-19-a-second-opinion-panel-garners-over-800-000-views-in-24-hours.
[2] *COVID-19: A Second Opinion*, Rumble, Jan. 22, 2022, https://rumble.com/vt62y6-covid-19-a-second-opinion.html (at 4:54:35).
[3] *Id.* at 4:55:23.
[4] Data on file with staff.

The Honorable Lloyd Austin
February 1, 2022
Page 2

- Female infertility – 472% increase
- Pulmonary embolism – 468% increase
- Migraines – 452% increase
- Ovarian dysfunction – 437% increase
- Testicular cancer – 369% increase
- Tachycardia – 302% increase

Renz also informed me that some DMED data showing registered diagnoses of myocarditis had been removed from the database.[5] Following the allegation that DMED data had been doctored, I immediately wrote to you on January 24 requesting that you preserve all records referring, relating, or reported to DMED.[6] I have yet to hear whether you have complied with this request.

At the roundtable, Renz revealed the names of the brave whistleblowers who uncovered this information in DMED: Drs. Samuel Sigoloff, Peter Chambers, and Theresa Long.[7] Any retaliatory actions taken against these individuals will not be tolerated and will be investigated immediately. In order to better understand what, if any awareness DoD has about COVID-19 vaccine injuries to service members, I request you provide the following information:

1. Is DoD aware of increases in registered diagnoses of miscarriages, cancer, or other medical conditions in DMED in 2021 compared to a five-year average from 2016-2020? If so, please explain what actions DoD has taken to investigate the root cause for the increases in these diagnoses.

2. Have registered diagnoses of myocarditis in DMED been removed from the database from January 2021 to December 2021? If so, please explain why and when this information was removed and identify who removed it.

Please provide this information as soon as possible but no later than February 15, 2022. Thank you for your attention to this matter.

Sincerely,

*[signature]*

Ron Johnson
Ranking Member
Permanent Subcommittee on Investigations

---

[5] *COVID-19: A Second Opinion*, Rumble, Jan. 22, 2022, https://rumble.com/vt62y6-covid-19-a-second-opinion.html (at 4:52:54).

[6] Letter from Ron Johnson, Ranking Member, Permanent Subcommittee on Investigations, to Lloyd Austin, Secretary, Dep't of Defense, Jan. 24, 2022.

[7] *COVID-19: A Second Opinion*, Rumble, Jan. 22, 2022, https://rumble.com/vt62y6-covid-19-a-second-opinion.html (at 4:54:38).

The Honorable Lloyd Austin
February 1, 2022
Page 3

cc:  The Honorable Jon Ossoff
     Chairman
     Permanent Subcommittee on Investigations