Pritish Vora
2775B Santa Mag. Pkwy
#530
Vista CA
92691

Clerk Of The Court
CACJ
his District Courthouse
85 Broad St.
Charleston, SC 29401

John Z



FedEx

RECEIVED
2022 DEC -7 PM 1:01
USDC CLERK CHARLESTON SC

Align top of FedEx Express shipping

ORIGIN ID:JDRA  (949) 292-8359
PRITISH VORA
27758 SANTA MARG. PARKWAY
#530
MISSION VIEJO, CA 92691
UNITED STATES US

TO **CLERK OF THE COURT**
**U.S. DISTRICT COURTHOUSE**
**85 BROAD STREET**

**CHARLESTON SC 29401**
(843) 679-1401

TRK# 3918 2657 6128
0201

X7 RBWA

THU –
STANDARD