# Exhibit 2
# Letter from Governors



November 30, 2022

The Honorable Nancy Pelosi
Speaker of the House
U.S. House of Representatives
Washington, DC 20515

The Honorable Chuck Schumer
Majority Leader
U.S. Senate
Washington, DC 20510

The Honorable Kevin McCarthy
Minority Leader
U.S. House of Representatives
Washington, DC 20515

The Honorable Mitch McConnell
Minority Leader
U.S. Senate
Washington, DC 20510

Dear Speaker Pelosi, Leader McCarthy, Leader Schumer, and Leader McConnell,

We ask you to take immediate action to remove and prohibit the Biden Administration's COVID-19 vaccine mandate on members of the U.S. Armed Forces, issued by Defense Secretary Lloyd Austin on August 24, 2021—either through the National Defense Authorization Act or a standalone bill. The Biden vaccine mandate on our military creates a national security risk that severely impacts our defense capabilities abroad and our state readiness here at home.

We face a two-front problem due to the Biden vaccine mandate: current servicemembers are leaving our ranks, and new recruits are not signing up to join. Implementation of the mandate has placed our nation's military readiness at risk. As reported:
- On October 8, 2022, U.S. Army National Guard Chief of Staff Major General Rich Baldwin explained that the National Guard missed its recruiting target by 10% and announced that 7,500 members left service.
- On September 21, 2022, Deputy Chief of the Army National Guard Strength Maintenance Division Anson Smith revealed that the National Guard was preparing to discharge approximately 14,000 soldiers in the next two years for refusing the COVID-19 vaccine.
- On October 10, 2022, U.S. Army Secretary Christine Wormuth revealed that the Army failed its recruitment goal by 25% falling 15,000 recruits short of the target.
- As of November 15, 2022, the Armed Forces discharged 8,000 Active Duty members since the implementation of the Biden vaccine mandate.

As Governors, our ability to respond to natural disasters and conduct emergency operations is contingent upon the strength and size of our National Guard units. As Congressional leaders, it is your duty to provide for the national defense, and therefore, we call upon you to protect the men and women in uniform—who

November 30, 2022
Page 2 of 2

protect us—from an unnecessary vaccine mandate. As President Biden, himself, stated on September 18, 2022, "The pandemic is over."

Sincerely,

Governor Bill Lee
State of Tennessee

Governor Kay Ivey
State of Alabama

Governor Doug Ducey
State of Arizona

Governor Asa Hutchinson
State of Arkansas

Governor Ron DeSantis
State of Florida

Governor Brad Little
State of Idaho

Governor Eric Holcomb
State of Indiana

Governor Kim Reynolds
State of Iowa

Governor Tate Reeves
State of Mississippi

Governor Mike Parson
State of Missouri

Governor Greg Gianforte
State of Montana

Governor Pete Ricketts
State of Nebraska

Governor Chris Sununu
State of New Hampshire

Governor Doug Burgum
State of North Dakota

Governor Kevin Stitt
State of Oklahoma

Governor Henry McMaster
State of South Carolina

Governor Kristi Noem
State of South Dakota

Governor Greg Abbott
State of Texas

Governor Spencer Cox
State of Utah

Governor Glenn Youngkin
Commonwealth of Virginia

Governor Mark Gordon
State of Wyoming

cc:   President Joseph R. Biden, Jr.
      The White House
      1600 Pennsylvania Ave NW
      Washington, DC 20500