# Exhibit 3

# Excerpt from FDA package insert

### Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| TOZINAMERAN (UNII: 5085ZFP6SJ) (TOZINAMERAN - UNII:5085ZFP6SJ) | TOZINAMERAN | 0.225 mg in 2.25 mL |

### Inactive Ingredients

| Ingredient Name | Strength |
|---|---|
| ALC-0159 (UNII: PJH39UMU6H) | 0.4 mg in 2.25 mL |
| ALC-0315 (UNII: AVX8DX713V) | 3.23 mg in 2.25 mL |
| POTASSIUM CHLORIDE (UNII: 660YQ98I10) | 0.07 mg in 2.25 mL |
| MONOBASIC POTASSIUM PHOSPHATE (UNII: 4J9FJ0HL51) | 0.07 mg in 2.25 mL |
| SODIUM CHLORIDE (UNII: 451W47IQ8X) | 2.7 mg in 2.25 mL |
| SODIUM PHOSPHATE, DIBASIC, DIHYDRATE (UNII: 94255I6E2T) | 0.49 mg in 2.25 mL |
| SUCROSE (UNII: C151H8M554) | 46 mg in 2.25 mL |
| 1,2-DISTEAROYL-SN-GLYCERO-3-PHOSPHOCHOLINE (UNII: 043IPI2M0K) | 0.7 mg in 2.25 mL |
| CHOLESTEROL (UNII: 97C5T2UQ7J) | 1.4 mg in 2.25 mL |
| WATER (UNII: 059QF0KO0R) | |

### Packaging

| # | Item Code | Package Description | Marketing Start Date | Marketing End Date |
|---|---|---|---|---|
| 1 | NDC:0069-1000-02 | 195 in 1 CARTON | | |
| 1 | NDC:0069-1000-01 | 2.25 mL in 1 VIAL, GLASS; Type 0: Not a Combination Product | | |
| 2 | NDC:0069-1000-03 | 25 in 1 CARTON | | |
| 2 | NDC:0069-1000-01 | 2.25 mL in 1 VIAL, GLASS; Type 0: Not a Combination Product | | |

### Marketing Information

| Marketing Category | Application Number or Monograph Citation | Marketing Start Date | Marketing End Date |
|---|---|---|---|
| BLA | BLA125742 | 08/23/2021 | 08/23/2021 |

**Labeler** - Pfizer Laboratories Div Pfizer Inc (134489525)

### Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Pfizer Manufacturing Belgium NV | | 370156507 | ANALYSIS(0069-1000) , MANUFACTURE(0069-1000) , PACK(0069-1000) , LABEL(0069-1000) |

### Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Pharmacia & Upjohn Company LLC | | 618054084 | ANALYSIS(0069-1000) , MANUFACTURE(0069-1000) , PACK(0069-1000) , LABEL(0069-1000) |

### Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Wyeth BioPharma Division of Wyeth Pharmaceuticals LLC | | 174350868 | ANALYSIS(0069-1000) , API MANUFACTURE(0069-1000) |

### Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Pfizer Inc | | 004954111 | ANALYSIS(0069-1000) |

### Establishment

| Name | Address | ID/FEI | Business Operations |
|---|---|---|---|
| Pfizer Ireland Pharmaceuticals | | 985586408 | ANALYSIS(0069-1000) |