# Exhibit 4
# VAERS Stats

COVID Vaccine Data - OpenVAERS                               https://openvaers.com/covid-dat

 

Read The CDC Disclaimer

# VAERS COVID Vaccine Adverse Event Reports

Reports from the Vaccine Adverse Events Reporting System. Our default data reflects all VAERS data including the "nondomestic" reports.

**As of 11-18-2022 VAERS has stopped putting free text field information in the public data for Europe/UK.**

All VAERS COVID Reports        US/Territories/Unknown

## 903,327 Reports Through November 25, 2022

source: OpenVAERS.com

| | |
|---|---|
| **15,508** DEATHS | **72,111** HOSPITALIZATIONS |
| **107,102** URGENT CARE | **177,056** DOCTOR OFFICE VISITS |
| **2,391** ANAPHYLAXIS | **5,978** BELL'S PALSY |

| | |
|---|---|
| **1,821** Miscarriages | **6,304** Heart Attacks |
| **9,266** Myocarditis/Pericarditis | **15,505** Permanently Disabled |
| **3,283** Thrombocytopenia/Low Platelet | **13,559** Life Threatening |
| **33,017** Severe Allergic Reaction | **7,926** Shingles |

# * As of November 18, 2022 VAERS has stopped putting free text field information in for Europe/UK.

Read More →

Read COVID Child Reports          Read VAERS COVID Reports

Read All VAERS Reports

COVID Vaccine Data - OpenVAERS                                    https://openvaers.com/covid-dat





Questions? Comments? Bugs?

COVID Vaccine Data - OpenVAERS

info@openvaers.com

https://openvaers.com/covid-da

Due to the high volume of inquiries, please be patient with response times 

AND PLEASE read the FAQ first.

OpenVAERS is a private organization that posts publicly available CDC/FDA data of injuries reported post-vaccination. Reports are not proof of causality.