# Exhibit 5
# Letter from Sen. Johnson



**United States Senate**
COMMITTEE ON
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS
WASHINGTON, DC 20510-6250

February 1, 2022

The Honorable Lloyd J. Austin III
Secretary
Department of Defense

Dear Secretary Austin:

On January 24, 2022, I held a roundtable featuring world renowned doctors and medical experts who shared their perspectives on COVID-19 vaccine efficacy and safety and the overall response to the pandemic.[1] At that roundtable, I heard testimony from Thomas Renz, an attorney who is representing three Department of Defense (DoD) whistleblowers, who revealed disturbing information regarding dramatic increases in medical diagnoses among military personnel. The concern is that these increases may be related to the COVID-19 vaccines that our servicemen and women have been mandated to take.

Based on data from the Defense Medical Epidemiology Database (DMED), Renz reported that these whistleblowers found a significant increase in registered diagnoses on DMED for miscarriages, cancer, and many other medical conditions in 2021 compared to a five-year average from 2016-2020.[2] For example, at the roundtable Renz stated that registered diagnoses for neurological issues increased 10 times from a five-year average of 82,000 to 863,000 in 2021.[3] There were also increases in registered diagnoses in 2021 for the following medical conditions:[4]

- Hypertension – 2,181% increase
- Diseases of the nervous system – 1,048% increase
- Malignant neoplasms of esophagus – 894% increase
- Multiple sclerosis – 680% increase
- Malignant neoplasms of digestive organs – 624% increase
- Guillain-Barre syndrome – 551% increase
- Breast cancer – 487% increase
- Demyelinating – 487% increase
- Malignant neoplasms of thyroid and other endocrine glands – 474% increase

---

[1] Press Release, *VIDEO RELEASE Sen. Ron Johnson COVID-19: A Second Opinion Panel Garners Over 800,000 Views in 24 Hours*, Jan. 25, 2022, https://www.ronjohnson.senate.gov/2022/1/video-release-sen-ron-johnson-covid-19-a-second-opinion-panel-garners-over-800-000-views-in-24-hours.
[2] *COVID-19: A Second Opinion*, Rumble, Jan. 22, 2022, https://rumble.com/vt62y6-covid-19-a-second-opinion.html (at 4:54:35).
[3] *Id.* at 4:55:23.
[4] Data on file with staff.

The Honorable Lloyd Austin
February 1, 2022
Page 2

- Female infertility – 472% increase
- Pulmonary embolism – 468% increase
- Migraines – 452% increase
- Ovarian dysfunction – 437% increase
- Testicular cancer – 369% increase
- Tachycardia – 302% increase

Renz also informed me that some DMED data showing registered diagnoses of myocarditis had been removed from the database.[5] Following the allegation that DMED data had been doctored, I immediately wrote to you on January 24 requesting that you preserve all records referring, relating, or reported to DMED.[6] I have yet to hear whether you have complied with this request.

At the roundtable, Renz revealed the names of the brave whistleblowers who uncovered this information in DMED: Drs. Samuel Sigoloff, Peter Chambers, and Theresa Long.[7] Any retaliatory actions taken against these individuals will not be tolerated and will be investigated immediately. In order to better understand what, if any awareness DoD has about COVID-19 vaccine injuries to service members, I request you provide the following information:

1. Is DoD aware of increases in registered diagnoses of miscarriages, cancer, or other medical conditions in DMED in 2021 compared to a five-year average from 2016-2020? If so, please explain what actions DoD has taken to investigate the root cause for the increases in these diagnoses.

2. Have registered diagnoses of myocarditis in DMED been removed from the database from January 2021 to December 2021? If so, please explain why and when this information was removed and identify who removed it.

Please provide this information as soon as possible but no later than February 15, 2022. Thank you for your attention to this matter.

Sincerely,

*Ron Johnson* (signature)

Ron Johnson
Ranking Member
Permanent Subcommittee on Investigations

---

[5] *COVID-19: A Second Opinion*, Rumble, Jan. 22, 2022, https://rumble.com/vt62y6-covid-19-a-second-opinion.html (at 4:52:54).

[6] Letter from Ron Johnson, Ranking Member, Permanent Subcommittee on Investigations, to Lloyd Austin, Secretary, Dep't of Defense, Jan. 24, 2022.

[7] *COVID-19: A Second Opinion*, Rumble, Jan. 22, 2022, https://rumble.com/vt62y6-covid-19-a-second-opinion.html (at 4:54:38).

cc: The Honorable Jon Ossoff
    Chairman
    Permanent Subcommittee on Investigations