**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**Charleston Division**

| | |
|---|---|
| DEREK CLEMENTS, *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 2:22-cv-02069-RMG |
| ) | |
| LLOYD J. AUSTIN, III, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Second Motion for Reconsideration, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. This Court's March 7, 2023, Order dismissing Plaintiffs' Second Motion for a Preliminary Injunction is hereby vacated upon reconsideration. The restorative relief request in Plaintiffs' Second Motion for a Preliminary Injunction is hereby **GRANTED.**

**IT IS SO ORDERED.**

_____
Honorable Richard M. Gergel
U.S. District Court Judge