# Exhibit 1

Begin forwarded message:

**From:** "Casavant, Aaron J CDR USCG CG ACADEMY (USA)" <Aaron.J.Casavant@uscg.mil>
**Date:** March 6, 2023 at 10:31:29 AM AKST
**To:** "Casavant, Aaron J CDR USCG CG ACADEMY (USA)" <Aaron.J.Casavant@uscg.mil>
**Cc:** "Ray, Arthur L CAPT USCG (USA)" <Arthur.L.Ray@uscg.mil>, "Janaro, Jeffrey G CDR USCG CG ACADEMY (USA)" <Jeff.G.Janaro@uscg.mil>, "Mattoon, Amanda S CIV USCG CG ACADEMY (USA)" <Amanda.S.Mattoon@uscg.mil>
**Subject: Potential Readmission to the U.S. Coast Guard Academy**

Good afternoon,

I am writing to summarize last week's conversation (or phone message) regarding potential readmission to the Coast Guard Academy (CGA) in light of the Coast Guard's rescission of the Covid-19 vaccine mandate. In addition to what I will cover in this email, I have also attached the latest version of the CGA Readmission Policy, which is the document that will guide CGA actions during your potential return to campus.

Should you desire to be readmitted to CGA, please submit a letter request in accordance with paragraph 11 of the attached SUPTINST. Note that you should submit the letter request to me via email (rather than the Director of Admissions). In the letter request, please indicate your preferred timeline for return to CGA (e.g., ASAP, at the conclusion of the spring semester, etc.). Please also describe any educational credits you have earned while separated from CGA to allow the Academics Division to analyze how best to re-enroll you in classes. In addition, please list any collegiate sports you have played while separated from CGA to allow the Athletics Division to accurately assess your NCAA eligibility.

To be clear, this email is not a guarantee that you will be re-admitted to CGA, but rather an invitation to re-apply and a notification that your previous refusal to take the Covid-19 vaccine no longer bars you from serving in the Coast Guard or completing the cadet training program. Your timeline for graduation will be presented to you based on the information you provide to CGA and your status at the time of your disenrollment.

I look forward to hearing from you.

v/r,

CDR Aaron Casavant

Begin forwarded message:

**From:** "Casavant, Aaron J CDR USCG CG ACADEMY (USA)" <Aaron.J.Casavant@uscg.mil>
**Date:** March 6, 2023 at 14:31:24 EST
**To:** "Casavant, Aaron J CDR USCG CG ACADEMY (USA)" <Aaron.J.Casavant@uscg.mil>
**Cc:** "Ray, Arthur L CAPT USCG (USA)" <Arthur.L.Ray@uscg.mil>, "Janaro, Jeffrey G CDR USCG CG ACADEMY (USA)" <Jeff.G.Janaro@uscg.mil>, "Mattoon, Amanda S CIV USCG CG ACADEMY (USA)" <Amanda.S.Mattoon@uscg.mil>
**Subject: Potential Readmission to the U.S. Coast Guard Academy**

Good afternoon,

I am writing to summarize last week's conversation (or phone message) regarding potential readmission to the Coast Guard Academy (CGA) in light of the Coast Guard's rescission of the Covid-19 vaccine mandate. In addition to what I will cover in this email, I have also attached the latest version of the CGA Readmission Policy, which is the document that will guide CGA actions during your potential return to campus.

Should you desire to be readmitted to CGA, please submit a letter request in accordance with paragraph 11 of the attached SUPTINST. Note that you should submit the letter request to me via email (rather than the Director of Admissions). In the letter request, please indicate your preferred timeline for return to CGA (e.g., ASAP, at the conclusion of the spring semester, etc.). Please also describe any educational credits you have earned while separated from CGA to allow the Academics Division to analyze how best to re-enroll you in classes. In addition, please list any collegiate sports you have played while separated from CGA to allow the Athletics Division to accurately assess your NCAA eligibility.

To be clear, this email is not a guarantee that you will be re-admitted to CGA, but rather an invitation to re-apply and a notification that your previous refusal to take the Covid-19 vaccine no longer bars you from serving in the Coast Guard or completing the cadet training program. Your timeline for

graduation will be presented to you based on the information you provide to CGA and your status at the time of your disenrollment.

I look forward to hearing from you.

v/r,

CDR Aaron Casavant

# Exhibit 2



**U.S. Department of Homeland Security**

**United States Coast Guard**

Superintendent
United States Coast Guard
Academy

15 Mohegan Avenue
New London, CT 06320
Staff Symbol: (spl)
Phone: (860) 701-6874

SUPTINST 1531.1A
25 FEB 2023

SUPERINTENDENT INSTRUCTION 1531.1A

Subj:    COAST GUARD ACADEMY READMISSION POLICY

Ref:    (a) Accession (ACC-19) – Acknowledgment of Recoupment Law and Policy
      (b) Obligated Service or Recoupment from Cadets Disenrolled from the Coast Guard Academy, SUPTINST 5340.3A
      (c) Cadets: Requirements for Admission, 10 U.S.C. § 7446
      (d) Medical Standards for Appointment, Enlistment, or Induction in the Military Services, DoDI 6130.03, Vol. 1
      (e) Regulations for the Corps of Cadets, SUPTINST M5215.2O

1. <u>PURPOSE</u>.  This instruction establishes policy and guidance for readmission to the Coast Guard Academy (CGA) after disenrollment, involuntary termination of a cadet appointment, or approved sabbatical.

2. <u>ACTION</u>.  Former cadets desiring to be readmitted to CGA shall ensure eligibility in accordance with references (a) - (c) and follow the procedures outlined in this instruction.  Internet release is authorized.

3. <u>DIRECTIVES AFFECTED</u>.  None.

4. <u>DISCUSSION</u>.  Readmission affords former cadets an additional opportunity to graduate and commission as officers in the U.S. Coast Guard.  While readmission to CGA is not a guarantee that a cadet will graduate, it nevertheless allows CGA to benefit from the resources already invested in readmission applicants.

5. <u>DISCLAIMER</u>. This guidance is not a substitute for applicable legal requirements, nor is it itself a rule.  It is intended to provide operational guidance for Coast Guard personnel and is not intended to nor does it impose legally binding requirements outside the Coast Guard.

6. <u>ENVIRONMENTAL ASPECT AND IMPACT CONSIDERATIONS</u>.  Environmental considerations were examined in the development of this instruction and have been determined to be not applicable.

7. <u>DISTRIBUTION</u>. No paper distribution will be made of this instruction.  An electronic version will be located on the CGA Portal website in the General Links section for Superintendent Instructions.

SUPTINST 1531.1A

8. <u>RECORDS MANAGEMENT CONSIDERATIONS</u>. This instruction has been thoroughly reviewed during the directives clearance process, and it has been determined there are no further records scheduling requirements, in accordance with Federal Records Act, 44 U.S.C. 3101 et seq., NARA requirements, and information and Life Cycle Management Manual, COMDTINST M5212.12 (series). This policy does not have any significant or substantial change to existing records management requirements.

9. <u>EQUITY CONSIDERATION</u>. The development of this instruction and the policies contained within have been thoroughly reviewed by the originating office in conjunction with the Office of Inclusion and Diversity (OID). This instruction will not perpetuate implicit bias, stereotypes, or other forms of discrimination and will not intentionally or unintentionally create barriers or inequities that reinforce or result in equity gaps for members of the applicable community.

10. <u>PROCEDURES</u>. Candidates must be separated from CGA before submitting their readmission package and must be compliant with reference (c). Former cadets shall submit their readmission package to the Director of Admissions no later than three months (90 days) prior to the start of the semester of which they wish to re-enter CGA. The readmission package shall be submitted via two means: (1) PDF electronic document; and (2) hard copy as prescribed by the Director of Admissions. The readmission package shall be routed to the Superintendent along with the candidate's official Cadet Record. An example readmission package is provided in Enclosures (1) – (8).

    a. The contents of the readmission package shall include:

        (1) A written memorandum, not to exceed two pages, that articulates why the candidate should be afforded an additional opportunity to commission as an officer through the CGA. The candidate should discuss:

            (a) Why they desire to be readmitted.

            (b) The steps to be taken, if readmitted, to ensure they will serve as a Leader of Character and contribute to the Corps of Cadets.

            (c) How they have improved or remediated any previously identified leader and/or character deficiencies that may have resulted in their disenrollment

        (2) A letter of recommendation from the candidate's current Commanding Officer or Officer in Charge, if serving in the Coast Guard's enlisted workforce, or from the candidate's second line supervisor if a civilian, that details their performance, ability, behavior, leadership, judgment, and maturity.

        (3) A letter of recommendation from the candidate's current immediate supervisor that details their performance, teamwork, initiative, and ability to earn all required qualifications for their assigned billet, if applicable.

        (4) No more than two additional letters of recommendation from previous academic advisors, academic instructors, coaches, etc.

        (5) Copies of all awards, CG-3307s, and qualifications earned (if applicable).

    (6) College transcripts (if applicable).

    (7) Results of a self-administered CGA Physical Fitness Exam (PFE) or a Coast Guard Basic Physical Fitness Test (PFT).

    (8) Weigh-in data verified through the candidate's assigned unit or civilian physician.

    (9) A physical exam to ensure compliance with reference (d). If the candidate is not serving in the enlisted workforce, they shall schedule an appointment with the Coast Guard Health, Safety and Work-Life Regional Practice New London (i.e., CGA Clinic).

    (10) Most recent Enlisted Evaluation Report (EER), if applicable.

    (11) Any other applicable information or documentation.

b.  The following will disqualify a candidate for readmission:

    (1) Unsatisfactory conduct mark on an EER.

    (2) Any mark less than a four (4) on an EER.

    (3) The member was brought to a Non-Judicial Punishment (NJP) or court-martial proceeding and found guilty of violations of the Uniform Code of Military Justice (UCMJ) or Coast Guard Commandant policy.

    (4) Any arrest or pending legal proceedings.

    (5) Failure to meet Coast Guard weight standards.

    (6) A failure on either the CGA PFE or Coast Guard PFT.

    (7) Substantiated or otherwise validated Civil Rights or AHHI report.

c.  Former 1/c cadets that are readmitted but have otherwise fulfilled their academic obligations may be required to complete academic courses at the direction of the Provost.

11. <u>PROCEDURES (RETURN FROM SABBATICAL)</u>. Cadets returning from sabbatical must be compliant with reference (c). The readmission package shall be submitted via two means: (1) PDF electronic document; and (2) hard copy as prescribed by the Director of Admissions. The readmission package shall be routed to the Superintendent in conjunction with the candidate's official Cadet Record. The readmission package shall include a written memorandum, not to exceed two pages, that articulates the reason for the cadet's return.

12. <u>READMISSION PANEL</u>. For cadets who have been disenrolled or had their cadet appointments involuntarily terminated in accordance with reference (e), the Commandant of Cadets will convene the Coast Guard Academy Readmission Panel (CGARP). The CGARP is intended to review requests for readmission and provide the Superintendent with the opportunity to make a well-informed readmission decision.

SUPTINST 1531.1A

a.  The CGARP shall be chaired by the Assistant Superintendent with the following required participants: (1) Commandant of Cadets; (2) Director of Athletics; (3) Provost; (4) Director of Admissions; (5) Command Master Chief; (6) the Chief Diversity Officer; and if needed (7) the Senior Medical Officer.

b.  The Commandant of Cadets Division will deliver a copy of the former cadet's readmission package to each participant prior to the CGARP convening.

c.  After decision, the CGARP shall make a recommendation on readmission to the Superintendent. Decisions will be made by simple majority with dissenting opinions included in writing for the Superintendent's consideration.

13. <u>FORMS/REPORTS</u>.  NONE.


/WILLIAM G. KELLY/
Rear Admiral, U.S. Coast Guard
Superintendent


Encl:  (1) Sample Readmission Package: Readmission Memorandum
       (2) Sample Readmission Package: Supervisor Memorandum
       (3) Sample Readmission Package: CO Memorandum
       (4) Sample Readmission Package: Official Transcript
       (5) Sample Readmission Package: PFE Scoresheet
       (6) Sample Readmission Package: Record of Weigh-In
       (7) Sample Readmission Package: DD Form 2808
       (8) Sample Readmission Package: Report of Medical History
       (9) Readmission Checklist



**U.S. Department of**
**Homeland Security**

**United States**
**Coast Guard**

Commanding Officer
U. S. Coast Guard Station XX

Unit Street Address
Mail Stop XXXX
City, State Zip Code
Phone: (XXX) XXX-XXXX
Fax: (XXX) XXX-XXXX
Email: officialmail@uscg.mil

1531
DD Mmm YYYY

# MEMORANDUM

From:   First Name MI. Last Name, Rank
Former Cadet

To:   CG ACADEMY (s)

Subj:   LETTER REQUESTING READMISSION

1.   I respectfully request to be readmitted to the U.S. Coast Guard Academy for the upcoming Spring Semester.

2.   Describe why you desire to be readmitted.

3.   The steps you plan to take, if readmitted, to ensure you will serve as a Leader of Character and contribute to the Corps of Cadets.

4.   If applicable, describe how you have improved and remediated any deficiencies that may have led to your disenrollment.

5.   Thank you for your time and consideration with this matter.

#

Enclosure (1)



**U.S. Department of Homeland Security**

**United States Coast Guard**

Commanding Officer
U. S. Coast Guard Station XX

Unit Street Address
Mail Stop XXXX
City, State Zip Code
Phone: (XXX) XXX-XXXX
Fax: (XXX) XXX-XXXX
Email: officialemail@uscg.mil

1531
DD Mmm YYYY

# MEMORANDUM

From:   First Name MI. Last Name, Rank
        Former Cadet Supervisor

To:     CG ACADEMY (s)

Subj:   LETTER OF RECOMMENDATION

1.  I recommend XX to be readmitted to the U.S. Coast Guard Academy.

2.  The former cadet's immediate supervisor will write about former cadet XX's performance, ability, behavior, leadership, judgement, and maturity.

3.  Thank you for your time and consideration with this matter.

#

Enclosure (2)



**U.S. Department of Homeland Security**

**United States Coast Guard**

Commanding Officer
U. S. Coast Guard Station XX

Unit Street Address
Mail Stop XXXX
City, State Zip Code
Phone: (XXX) XXX-XXXX
Fax: (XXX) XXX-XXXX
Email: officialemail@uscg.mil

1531
DD Mmm YYYY

# MEMORANDUM

From:    First Name MI. Last Name, Rank
         Former Cadet Commanding Officer

To:      CG ACADEMY (s)

Subj:    LETTER OF RECOMMENDATION

1.  I recommend XX to be readmitted to the U.S. Coast Guard Academy.

2.  The Commanding Officer/Officer in Charge will write about former cadet XX's performance, ability, behavior, leadership, judgement, and maturity.

3.  Thank you for your time and consideration with this matter.

\#

Enclosure (3)



Phone: (907) xxx-xxxx

Parent/ Guardian

**Sex**
**DOB**
**SSN**
**Entry Date**
**Exit Date**
**Graduation**

### ACADEMIC HISTORY

| DATE | GL | TITLE | MARK | CREDIT |
|------|----|-------|------|--------|
| | | **ELECTIVE** | | |
| 03/20/04 | 09 | Elective Intensive | | 0.250 |
| 03/20/05 | 10 | Elective Intensive | | 0.000 |
| 05/30/05 | 10 | Intro to Programming | | 0.500 |
| | | **LANGUAGE ARTS** | | |
| 10/30/03 | 09 | CE - Math | | 0.250 |
| 10/30/03 | 09 | Readers Workshop | | 0.500 |
| 12/20/03 | 09 | Content English - Sci | | 0.250 |
| 03/20/04 | 09 | Content English - Math | | 0.250 |
| 03/20/04 | 09 | Writers Workshop | | 0.250 |
| 05/30/04 | 09 | Holocaust Literature | | 0.500 |
| 05/30/04 | 09 | Revision | | 0.250 |
| 10/30/04 | 10 | Writers Workshop | | 0.500 |
| 12/20/04 | 10 | Content English - Sci | | 0.250 |
| 03/20/05 | 10 | Survival Stories | | 0.250 |
| 12/20/05 | 11 | Content English - SS | | 0.250 |
| | | **MATH** | | |
| 10/30/03 | 09 | Algebra Prep | | 0.500 |
| 03/20/04 | 09 | Algebra 1 | | 0.500 |
| 05/30/04 | 09 | Algebra 1 | | 0.250 |
| 10/30/04 | 10 | Algebra 1 | | 0.250 |
| | | **PHYSICAL EDUCATION** | | |
| 05/30/04 | 09 | Independent PE | | 0.750 |
| 05/30/05 | 10 | Health | | 0.500 |
| | | **SCHOOL & COMMUNITY RELATIONS** | | |
| 10/30/03 | 09 | Orientation | | 0.250 |
| 12/20/03 | 09 | Crew | | 0.500 |
| 05/30/04 | 09 | Crew | | 0.250 |
| 10/30/04 | 10 | Orientation | | 0.000 |
| 12/20/04 | 10 | Crew | | 0.250 |
| 05/30/05 | 10 | Crew | | 0.250 |
| 10/30/05 | 11 | Orientation | | 0.000 |
| 12/20/05 | 11 | Crew | | 0.500 |
| | | **SCIENCE** | | |
| 12/20/03 | 09 | Physical Sci 1 | | 0.500 |
| 12/20/04 | 10 | Astronomy | | 0.500 |
| 10/30/05 | 11 | Life Sci 1 | | 0.250 |
| 12/20/05 | 11 | Human Physiology | | 0.250 |

| DATE | GL | TITLE | MARK | CREDIT |
|------|----|-------|------|--------|
| | | **SOCIAL STUDIES** | | |
| 12/20/03 | 09 | AK Studies | | 0.500 |
| 12/20/04 | 10 | US Government | | 0.250 |
| 03/20/05 | 10 | Global Issues | | 0.250 |
| 10/30/05 | 11 | US Government | | 0.500 |
| 12/20/05 | 11 | US History | | 0.500 |
| | | **VOCATIONAL** | | |
| 12/20/05 | 11 | Work Experience | | 0.750 |
| | | **AK HSGQE READING** | | |
| 04/05/05 | 10 | Reading | | |
| | | Performance Level: | | |
| | | **AK HSGQE WRITING** | | |
| 04/06/05 | 10 | Writing | | |
| | | Performance Level: | | |
| | | **AK HSGQE MATH** | | |
| 04/07/05 | 10 | Math | | |
| | | Performance Level: | | |

### ACADEMIC STANDING

| As of: | Total Credits | GPA |
|--------|---------------|-----|
| | 13.25 | |

Enclosure (4)



# U.S. Coast Guard Academy

## PHYSICAL FITNESS SCORESHEET

### INSTRUCTIONS

USE NO. 2 PENCIL ONLY

CORRECT MARKS    INCORRECT MARKS

1. Do NOT use felt tip, ballpoint or ink pens.
2. Completely blacken bubbles.
3. Make clean erasures.
4. Make no stray marks.

### DELIBERATE ENTRY OF A FALSE SCORE IS AN HONOR OFFENSE

## I. INFORMATION SECTION

**PLEASE PRINT**

NAME _____

LAST NAME        FIRST NAME        M.I.

COMPANY _____ CLASS_____

SIGNATURE _____

SIGNATURE INDICATES TEST IS COMPLETE AND SCORES ARE CORRECT

**STATUS**

CADET ◯

OC ◯

**CADET CODE**

**LAST NAME**

**RECORDER**

PRINT NAME

SIGNATURE

DATE

| TEST TYPE | |
|---|---|
| FIRST OFFICIAL | ◯ |
| REMEDIAL I | ◯ |
| REMEDIAL II | ◯ |
| PARTIAL | ◯ |

| GENDER | |
|---|---|
| MALE | ◯ |
| FEMALE | ◯ |

| | |
|---|---|
| INDOOR PFE | ◯ |
| OUTDOOR PFE | ◯ |

## II. PERFORMANCE SECTION



**1.) PUSH-UPS**
NUMBER

**2.) TWO MINUTE CURL-UPS**
NUMBER

**3.) 1.5 MILE RUN**
MIN.    SEC.

| INDOOR RUN SPLITS | | TO GO |
|---|---|---|
| 0.5 | ◯ | 13 |
| 1.5 | ◯ | 12 |
| 2.5 | ◯ | 11 |
| 3.5 | ◯ | 10 |
| 4.5 | ◯ | 9 |
| 5.5 | ◯ | 8 |
| 6.5 | ◯ | 7 |
| 7.5 | ◯ | 6 |
| 8.5 | ◯ | 5 |
| 9.5 | ◯ | 4 |
| 10.5 | ◯ | 3 |
| 11.5 | ◯ | 2 |
| 12.5 | ◯ | 1 |
| 13.5 | ◯ | |

| OUTDOOR RUN SPLITS | | TO GO |
|---|---|---|
| 1 | ◯ | 6 |
| 2 | ◯ | 5 |
| 3 | ◯ | 4 |
| 4 | ◯ | 3 |
| 5 | ◯ | 2 |
| 6 | ◯ | 1 |



**DID NOT FINISH**

COACH / TRAINER NAME        SIGNATURE        DATE

*Record of Semi-Annual Weigh-In*

DATE: _____

EMPLID: _____ NAME: _____ AGE: _____

**BLOCK 1: All members, initial screening, no shoes**

| Height | | inches |
|---|---|---|
| Round to nearest whole number | | |
| MAX Allowable weight per BMI table | | pounds |
| | | |
| Weight | | |
| Round to nearest whole number | | pounds |

- ✓ ODU w/ blouse – subtract 4.0 lbs.
- ✓ Tropical Blue or organizational clothing– subtract 3 lbs.
- ✓ T-shirt and trousers or sweatpants - subtract 2 lbs.
- ✓ T-shirt and gym shorts - subtract 1 lb.

**BLOCK 2: Body fat determination (if needed)**

| AGE | MAXIMUM BODY FAT | | Enter MAX body fat |
|---|---|---|---|
| | MEN | WOMEN | |
| LESS THAN 30 | 22% | 32% | % |
| LESS THAN 40 | 24% | 34% | |
| 40 and above | 26% | 36% | |
| Enter Circumference Value as determined below | | | inches |
| Enter Body fat from CIM 1020.8H enclosure (2) | | | % |

| HEIGHT | WEIGHT |
|---|---|
| 58 | 131 |
| 59 | 136 |
| 60 | 141 |
| 61 | 145 |
| 62 | 150 |
| 63 | 155 |
| 64 | 160 |
| 65 | 165 |
| 66 | 170 |
| 67 | 175 |
| 68 | 180 |
| 69 | 186 |
| 70 | 191 |
| 71 | 197 |
| 72 | 202 |
| 73 | 208 |
| 74 | 214 |
| 75 | 220 |
| 76 | 225 |
| 77 | 231 |
| 78 | 237 |
| 79 | 244 |
| 80 | 250 |

**Compliant? Y _____ N _____**

**Circumference Value determination:**

| | Waist<br>Round down to nearest half-inch. Measure over the bellybutton for males, smallest point for females. | + Buttocks (females only, use 0 for males) Round down to nearest half-inch. Measure the widest point when viewed from side. | - Neck<br>Round up to nearest half-inch, measure below larynx | = Total |
|---|---|---|---|---|
| Set 1 | | + | - | = |
| Set 2 | | + | - | = |
| Set 3 | | + | - | = |

*Compare the three totals. Is any difference greater than 1.0?*

Set 1 total_____ - Set 2 total_____ = _____
Set 2 total_____ - Set 3 total_____ = _____ ⎫ Are any of these differences greater than 1.0?
Set 3 total_____ - Set 1 total_____ = _____ ⎭

| **No.** All totals are within 1.0 inches of each other. Enter lowest total of the three sets as the Circumference Value for block 2. |
|---|
| **Yes.** Complete an additional set of measurements and then calculate an average circumference value using only the three closest set totals.<br>Set 4:<br>Waist _____ + Buttocks (females) _____ - Neck_____ = Total _____<br><br>Add the three closest totals from sets 1-4 together then divide by three to find an average. Round the average down to the nearest 0.5:<br><br>( _____ + _____ + _____ ) ÷ 3 = _____ **circumference value to enter in block 2** |

*I agree that the above measurements are accurate (print and sign):*

Member:_____

Cmnd Cadre &/or Witness:_____

Witness &/or entered by:_____

Prescribed by: DoDI 1304.2

| REPORT OF MEDICAL EXAMINATION | 1. DATE OF EXAMINATION *(YYYYMMDD)* | 2a. SOCIAL SECURITY NUMBER | 2b. DoD ID NUMBER *(If applicable)* |
|---|---|---|---|

**PRIVACY ACT STATEMENT**

**AUTHORITY:** 10 U.S.C. 504, Persons not qualified; 10 U.S.C. 505, Regular components: qualifications, term, grade; 10 U.S.C. 507, Extension of enlistment for members needing medical care or hospitalization; 10 U.S.C. 532, Qualifications for original appointment as a commissioned officer; 10 U.S.C. 978, Drug and alcohol abuse and dependency: testing of new entrants; 10 U.S.C. 1201, Regulars and members on active duty for more than 30 days: retirement; 10 U.S.C. 1202, Regulars and members on active duty for more than 30 days: temporary disability retired list; 10 U.S.C. 4346, Cadets: requirements for admission; DoD Directive 1145.2, United States Military Entrance Processing Command; E.O. 9397 (SSN) and 10 U.S.C. 1204, Members on Active Duty for 30 Days or Less or on Inactive Duty Training: Retirement, as amended.

**PRINCIPAL PURPOSE(S):** To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members from the Armed Forces.

**ROUTINE USE(S):** The Routine Uses are listed in the applicable system of records notice found at: http://dpcld.defense.gov/Privacy/SORNsIndex/DOD-wide-SORN-Article-View/Article/570661/a0601-270-usmepcom-dod/

**DISCLOSURE:** Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.

| 3. LAST NAME - FIRST NAME - MIDDLE NAME *(Suffix)* | 4. HOME ADDRESS *(Street, Apartment Number, City, State and Zip Code)* | 6a. HOME TELEPHONE NUMBER *(Include Area Code)* | 6b. E-MAIL ADDRESS |
|---|---|---|---|

| 6. GRADE/ RANK | 7. DATE OF BIRTH *(YYYYMMDD)* | 8. AGE | 9a. BIRTH SEX | 9b. PREFERRED GENDER | 10a. ETHNIC CATEGORY | 10b. RACIAL CATEGORY *(Select one)* |
|---|---|---|---|---|---|---|
| | | | ☐ Male ☐ Female | ☐ Male ☐ Female | ☐ Hispanic/Latino ☐ Non Hispanic/Latino | ☐ American Indian or Alaska Native  ☐ Asian ☐ Black or African American  ☐ White ☐ Native Hawaiian or Other Pacific Islander |

| 11. TOTAL YEARS GOVERNMENT SERVICE | | 12. AGENCY *(Non-Service Members Only)* | 13. ORGANIZATION UNIT AND UIC/CODE |
|---|---|---|---|
| a. MILITARY | b. CIVILIAN | | |

| 14a. RATING OR SPECIALTY *(Aviators Only)* | 14b. TOTAL FLYING TIME | 14c. LAST SIX MONTHS |
|---|---|---|

| 15a. SERVICE | 15b. COMPONENT | 15c. PURPOSE OF EXAMINATION | 16. NAME OF EXAMINING LOCATION, AND ADDRESS *(Include Zip Code)* |
|---|---|---|---|
| ☐ Army ☐ Air Force ☐ Marine Corps ☐ Navy ☐ Coast Guard | ☐ Active Duty ☐ Reserve ☐ National Guard | ☐ Enlistment  ☐ Retirement ☐ Commission  ☐ U.S. Service Academy ☐ Retention  ☐ ROTC Scholarship Program ☐ Separation  ☐ Medical Board ☐ Other | |

**MEDICAL EVALUATION** *(Check each item in appropriate column. Enter "NE" if not evaluated.)*

| | Normal | Abnormal | NE |
|---|---|---|---|
| 17. Head, face, neck and scalp | ☐ | ☐ | ☐ |
| 18. Nose | ☐ | ☐ | ☐ |
| 19. Sinuses | ☐ | ☐ | ☐ |
| 20. Mouth and throat | ☐ | ☐ | ☐ |
| 21. Ears - General *(Int. and ext. canals/Auditory acuity under item 71)* | ☐ | ☐ | ☐ |
| 22. Tympanic Membranes *(Perforation)* | ☐ | ☐ | ☐ |
| 23. Eyes - General | ☐ | ☐ | ☐ |
| 24. Ophthalmoscopic | ☐ | ☐ | ☐ |
| 25. Pupils *(Equality and reaction)* | ☐ | ☐ | ☐ |
| 26. Ocular motility *(Associated parallel movements, nystagmus)* | ☐ | ☐ | ☐ |
| 27. Heart *(Thrust, size, rhythm, sounds)* | ☐ | ☐ | ☐ |
| 28. Lungs and chest *(include breasts)* | ☐ | ☐ | ☐ |
| 29. Vascular system *(Varicosities, etc.)* | ☐ | ☐ | ☐ |
| 30. Anus and rectum *(Hemorrhoids, Fistulae) (Prostate if indicated)* | ☐ | ☐ | ☐ |
| 31. Abdomen and viscera *(Include hernia)* | ☐ | ☐ | ☐ |
| 32. External genitalia *(Genitourinary)* | ☐ | ☐ | ☐ |
| 33. Upper extremities | ☐ | ☐ | ☐ |
| 34. Lower extremities *(Except feet)* | ☐ | ☐ | ☐ |
| 35. Feet *(Check category)* | | | |
| 35a. ☐ Normal Arch  ☐ Pes Planus  ☐ Pes Cavus | | | |
| 35b. ☐ Mild  ☐ Moderate  ☐ Severe | | | |
| 35c. ☐ Asymptomatic  ☐ Symptomatic  ☐ Rigid | | | |
| 36. Spine, other musculoskeletal | ☐ | ☐ | ☐ |
| 37. Body marks, scars, tattoos | ☐ | ☐ | ☐ |
| 38. Skin, lymphatics | ☐ | ☐ | ☐ |
| 39. Neurologic | ☐ | ☐ | ☐ |
| 40. Psychiatric *(Specify any personality disorder)* | ☐ | ☐ | ☐ |
| 41. Pelvic *(Females only)* | ☐ | ☐ | ☐ |
| 42. Endocrine | ☐ | ☐ | ☐ |

**43. DENTAL DEFECTS AND DISEASE** *(Please explain. Use dental form if completed by dentist. If abnormality noted, explain in Item 44.)*

Acceptable ☐
Not Acceptable ☐
Class _____

**44. NOTES:** *(Mandatory comment for every abnormality identified in Items 17 - 43. Enter pertinent item number before each comment. Continue comments or use drawings in Item 69 and use additional sheets if necessary.)*

DD FORM 2808, July 2019

Page 1 of 4

Prescribed by: DoDI 1304.2

| LAST NAME - FIRST NAME - MIDDLE NAME (Suffix) | SOCIAL SECURITY NUMBER | DoD ID NUMBER |
|---|---|---|
| | | |

## LABORATORY FINDINGS

| 45. URINALYSIS | a. Albumin | b. Sugar | 46. URINE HCG | 47. H/H | 48. BLOOD TYPE |
|---|---|---|---|---|---|
| | | | | | |

| TESTS | RESULTS | HIV SPECIMEN ID LABEL | DRUG TEST SPECIMEN ID LABEL |
|---|---|---|---|
| 49. HIV | | | |
| 50. DRUGS | | | |
| 51. ALCOHOL | | | |
| 52. OTHER | | | |
| a. PAP SMEAR | | | |
| b. EKG | | | |
| c. CXR | | | |

## MEASUREMENTS AND OTHER FINDINGS

| 63. HEIGHT (In.) | 64. WEIGHT (lbs.) | 65a. MIN WGT | 65b. MAX WGT | 65c. MAX BF % | 65d. BMI | 66. TEMPERATURE | 67. HEART RATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 68. BLOOD PRESSURE | | | | 59. RED/GREEN | 60. OTHER VISION TEST |
|---|---|---|---|---|---|
| a. 1ST | b. 2ND | c. 3RD | | | |
| SYS. | SYS. | SYS. | | | |
| DIAS. | DIAS. | DIAS. | | | |

| 61. DISTANCE VISION | | 62. REFRACTION ☐ AUTO ☐ MANIFEST ☐ CYCLO | | | 63. NEAR VISION | | |
|---|---|---|---|---|---|---|---|
| Right Uncorr. 20/ | Corr. to 20/ | Sph: | Cyl: | Axis: | Right Uncorr. 20/ | Corr. to 20/ | Add: |
| Left Uncorr. 20/ | Corr. to 20/ | Sph: | Cyl: | Axis: | Left Uncorr. 20/ | Corr. to 20/ | Add: |

| 64. HETEROPHORIA | | | | | | | |
|---|---|---|---|---|---|---|---|
| ES | EX | R.H. | L.H. | Prism div. | Prism Conv CT | NPR | PD |

| 65. ACCOMMODATION | | 66. COLOR VISION (Pass/Fail and Score) | | | 67. DEPTH PERCEPTION (Pass/Fail and Score) | | |
|---|---|---|---|---|---|---|---|
| Right | Left | P/F | RED/ GREEN | Color Dx | AFVT | RANDOT/ MCST | |

| 68. FIELD OF VISION | 69. NIGHT VISION | 70. INTRAOCULAR PRESSURE | |
|---|---|---|---|
| | | O.D. | O.S. |

| 71a. AUDIOMETER Unit Serial Number | 71b. Unit Serial Number | 72a. READING ALOUD TEST: ☐ SAT ☐ UNSAT |
|---|---|---|
| Date Calibrated (YYYYMMDD) | Date Calibrated (YYYYMMDD) | 72b. VALSALVA: ☐ SAT ☐ UNSAT |

| HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 72c. OTHER TESTING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Left | | | | | | | Left | | | | | | | |
| Right | | | | | | | Right | | | | | | | |

| 73. NOTES AND/OR INTERVAL HISTORY |
|---|
| |

DD FORM 2808, July 2019

Page 2 of 4

Enclosure (7)

Prescribed by: DoDI 1304.2

| LAST NAME - FIRST NAME - MIDDLE NAME (Suffix) | | SOCIAL SECURITY NUMBER | DoD ID NUMBER |
|---|---|---|---|
| | | | |

**74. EXAMINEE**

| | 75. I have been advised of my disqualifying condition(s). | |
|---|---|---|
| ☐ IS MEDICALLY QUALIFIED | 76a. SIGNATURE OF EXAMINEE | 76b. DATE (YYYYMMDD) |
| ☐ IS NOT MEDICALLY QUALIFIED | | |

**76. PHYSICAL PROFILE**

| P | U | L | H | E | S | X | D | PROFILER INITIALS | DATE (YYYYMMDD) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**77. SIGNIFICANT OR DISQUALIFYING MEDICAL DIAGNOSES**

| ITEM NO. | MEDICAL DIAGNOSIS | ICD CODE | PROFILE SERIAL | RBJ DATE (YYYYMMDD) | QUALIFIED | DISQUALIFIED | EXAMINER INITIALS | WAIVER RECEIVED | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SERVICE | DATE (YYYYMMDD) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**78. SUMMARY OF MEDICAL DIAGNOSES** (List diagnoses with item numbers) (Use additional sheets if necessary).

**79. RECOMMENDATIONS** (Specify) (Use additional sheets if necessary).

**80. MEPS WORKLOAD** (For MEPS use only)

| WKID | ST | DATE (YYYYMMDD) | INITIALS | WKID | ST | DATE (YYYYMMDD) | INITIALS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**81. MEDICAL INSPECTION DATE**

| | HT | WT | %BF | MAX WT | HCG | QUAL | DISQ | EXAMINER'S NAME AND SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 82a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | 82b. Signature |
|---|---|
| 83a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | 83b. Signature |
| 84a. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) | 84b. Signature |
| 85a. TYPED OR PRINTED NAME OF REVIEWING OFFICER/APPROVING AUTHORITY (Indicate which) | 85b. Signature |

**86. This examination has been administratively reviewed for completeness and accuracy.**

| a. SIGNATURE | b. GRADE | c. DATE (YYYYMMDD) |
|---|---|---|
| | | |

| 87. WAIVER GRANTED (If yes, date and by whom) | YES ☐ | NO ☐ | 88. NUMBER OF ATTACHED SHEETS |
|---|---|---|---|

**DD FORM 2808, July 2019**

Enclosure (7)

Prescribed by: DoDI 1304.2

89. ADDITIONAL REMARKS

Enclosure (7)

CUI (when filled in)

| REPORT OF MEDICAL HISTORY | OMB No. 0704-0413 |
|---|---|
| (This information is for official and medically confidential use only and will not be released to unauthorized persons.) | OMB approval expires 20241031 |

The public reporting burden for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or burden reduction suggestions to the Department of Defense, Washington Headquarters Services, at whs.mc-alex.esd.mbx.dd-dod-information-collections@mail.mil. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ORGANIZATION. RETURN COMPLETED FORM AS INDICATED ON PAGE 2.

**PRIVACY ACT STATEMENT**

**AUTHORITY:** 10 U.S.C. 136, Under Secretary of Defense For Personnel and Readiness; DoD Directive 1145.2, United States Military Entrance Processing Command; DoD Instruction 6130.03, Medical Standards for Appointment, Enlistment, or Induction in the Military Services; and E.O. 9397 (SSN), as amended.
**PRINCIPAL PURPOSE(S):** The primary collection of this information is from individuals seeking to join the Armed Forces. The information collected on this form is used to assist DoD physicians in making determinations as to acceptability of applicants for military service and verifies disqualifying medical condition(s) noted on the prescreening from (DD 2807-2)/. An additional collection of information using this form occurs when a Medical Evaluation Board is convened to determine the medical fitness of a current member and if separation is warranted.
**ROUTINE USE(S):** The Routine Uses are listed in the applicable system of records notice found at: http://dpcld.defense.gov/Privacy/SORNsIndex/DOD-wide-SORN-Article-View/Article/570681/a0601-270-usmepcom-dod/
**DISCLOSURE:** Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. An applicant's SSN is used during t he recruitment process to keep all records together and when requesting civilian medical records. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status. The SSN of an Armed Forces member is to ensure the collected information is filed in the proper individual's record.

**WARNING:** The information you have given constitutes an official statement. Federal law provides severe penalties (up to 5 years confinement or a $10,000 fine or both), to anyone making a false statement.

| 1. LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | 2.a SOCIAL SECURITY NO. | b. DoD ID NO. *(If applicable)* | 3. TODAY'S DATE *(YYYYMMDD)* |
|---|---|---|---|
| | | | |

| 4.a. HOME ADDRESS *(Stress, Apartment No., City, State, and ZIP Code)* | 5. EXAMINING LOCATION AND ADDRESS *(Include Zip Code)* |
|---|---|
| **b. HOME TELEPHONE** *(Include Area Code)* | |
| **c. EMAIL ADDRESS** | |

**X ALL APPLICABLE BOXES:**

| | | | 7.a. POSITION *(Title, Grade, Component)* |
|---|---|---|---|

| 6.a. SERVICE | b. COMPONENT | c. PURPOSE OF EXAMINATION | |
|---|---|---|---|
| ☐ Army ☐ Coast ☐ Guard ☐ Navy ☐ Marine Corps ☐ Air Force | ☐ Regular ☐ Reserve ☐ National Guard | ☐ Retention ☐ Separation ☐ Medical Board ☐ Retirement | ☐ Other *(Specify)* |
| | | | **b. USUAL OCCUPATION** |

| 8. CURRENT MEDICATIONS *(Prescription and Over-the-Counter)* | 9. ALLERGIES *(Including insect bites/stings, foods, medicine, or other substance)* |
|---|---|
| | |

**Mark each item "YES" or "NO". Every item marked "YES" must be fully explained in Item 29 on Page 2.**

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO | 12. *(Continued)* | YES | NO |
|---|---|---|---|---|---|
| 10.a. Tuberculosis | ○ | ○ | f. Foot trouble *(e.g., pain, corns, bunions, etc.)* | ○ | ○ |
| b. Lived with someone who had tuberculosis | ○ | ○ | g. Impaired use of arms, legs, hands, or feet? | ○ | ○ |
| c. Coughed up blood | ○ | ○ | h. Swollen or painful joint(s) | ○ | ○ |
| d. Asthma or any breathing problems related to exercise, weather, pollens, etc. | ○ | ○ | i. Knee trouble *(e.g., locking, giving out, pain or ligament injury, etc.)* | ○ | ○ |
| e. Shortness of breath | ○ | ○ | j. Any knee or foot surgery including arthroscopy or the use of a scope to any bone or joint | ○ | ○ |
| f. Bronchitis | ○ | ○ | k. Any need to use corrective devices such as prosthetic devices, knee brace(s), back support(s), lifts, or orthotics, etc. | ○ | ○ |
| g. Wheezing or problems with wheezing | ○ | ○ | l. Bone, joint, or other deformity | ○ | ○ |
| h. Been prescribed or used an inhaler | ○ | ○ | m. Plate(s), screw(s), rod(s), or pin(s) in any bone | ○ | ○ |
| i. A chronic cough or cough at night | ○ | ○ | n. Broken bone(s) *(cracked or fractured)* | ○ | ○ |
| j. Sinusitis | ○ | ○ | 13.a. Frequent indigestion or heartburn | ○ | ○ |
| k. Hay fever | ○ | ○ | b. Stomach, liver, intestinal trouble, or ulcer | ○ | ○ |
| l. Chronic or frequent colds | ○ | ○ | c. Gall bladder trouble or gallstones | ○ | ○ |
| 11.a. Severe tooth or gum trouble | ○ | ○ | d. Jaundice or hepatitis *(liver disease)* | ○ | ○ |
| b. Thyroid trouble or goiter | ○ | ○ | e. Rupture/hernia | ○ | ○ |
| c. Eye disorder or trouble | ○ | ○ | f. Rectal disease, hemorrhoids, or blood from the rectum | ○ | ○ |
| d. Ear, nose, or throat trouble | ○ | ○ | g. Skin diseases *(e.g. acne, eczema, psoriasis, etc.)* | ○ | ○ |
| e. Loss or vision in either eye | ○ | ○ | h. Frequent or painful urination | ○ | ○ |
| f. Worn contact lenses or glasses | ○ | ○ | i. High or low blood sugar | ○ | ○ |
| g. A hearing loss or wear a hearing aid | ○ | ○ | j. Kidney stone or blood in urine | ○ | ○ |
| h. Surgery to correct vision *(RK, PRK, LASIK, etc.)* | ○ | ○ | k. Sugar or protein in urine | ○ | ○ |
| 12.a. Painful shoulder, elbow or wrist *(e.g. pain, dislocation, etc.)* | ○ | ○ | l. Sexually transmitted disease *(syphilis, gonorrhea, chlamydia, genital warts, herpes, etc.)* | ○ | ○ |
| b. Arthritis, rheumatism, or bursitis | ○ | ○ | 14.a. Adverse reaction to serum, food, insect stings, or medicine | ○ | ○ |
| c. Recurrent back pain or any back problem | ○ | ○ | b. Recent unexplained gain or loss of weight | ○ | ○ |
| d. Numbness or tingling | ○ | ○ | c. Currently in good health *(if no, explain in Item 29 on Page 2.)* | ○ | ○ |
| e. Loss of finger or toe | ○ | ○ | d. Tumor, growth, cyst, or cancer | ○ | ○ |

| DD FORM 2807-1, OCT 2018 | CUI (when filled in) | Controlled by: OUSD(P&R) | Page 1 of 3 |
|---|---|---|---|
| PREVIOUS EDITION IS OBSOLETE. | | CUI Category: PRVCY, HLTH LDC: FEDCON POC: osd.pentagon.ousd-p-r.mbx.forms@mail.mil | |

Enclosure (8)

CUI (when filled in)

| LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER | DoD ID NUMBER (if applicable) |
|---|---|---|
| | | |

**Mark each item "YES" or "NO". Every item marked "YES" must be fully explained in Item 29 below.**

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| 15.a. Dizziness or fainting spells | ○ | ○ | 19. Have you been refused employment, or been unable to hold a job or stay in school because of: | | |
| b. Frequent or severe headache | ○ | ○ | a. Sensitivity to chemicals, dust, sunlight, etc. | ○ | ○ |
| c. A head injury, memory loss or amnesia | ○ | ○ | b. Inability to perform certain motions | ○ | ○ |
| d. Paralysis | ○ | ○ | c. Inability to stand, sit, kneel, lie down, etc. | ○ | ○ |
| e. Seizures, convulsions,epilepsy, or fits | ○ | ○ | d. Other medical reasons (If yes, give reasons.) | ○ | ○ |
| f. Car, train,sea,or air sickness | ○ | ○ | 20. Have you ever been treated in an Emergency Room? (If yes, for what?) | ○ | ○ |
| g. A period of unconsciousness or concussion | ○ | ○ | | | |
| h. Meningitis, encephalitis, or other neurological problems | ○ | ○ | 21. Have you ever been a patient in any type of hospital? (If yes, specify when, where,why, and name of doctor and complete address of hospital. | ○ | ○ |
| 16.a. Rheumatic fever | ○ | ○ | | | |
| b. Prolonged bleeding (as after an injury or tooth extraction, etc.) | ○ | ○ | 22. Have you ever had, or have you been advised to have any operations or surgery? (If yes, describe and give age at which occurred.) | ○ | ○ |
| c. Pain or pressure in the chest | ○ | ○ | | | |
| d. Palpitation, pounding heart or abnormal heartbeat | ○ | ○ | 23. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) | ○ | ○ |
| e. Heart trouble or murmur | ○ | ○ | | | |
| f. High or low blood pressure | ○ | ○ | 24. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) | ○ | ○ |
| 17.a. Nervous trouble of any sort (anxiety or panic attacks) | ○ | ○ | | | |
| b. Habitual stammering or stuttering | ○ | ○ | | | |
| c. Loss of memory or amnesia, or neurological symptoms | ○ | ○ | 25. Have you ever been rejected for military service for any reason? (If yes, give date and reason for rejection.) | ○ | ○ |
| d. Frequent trouble sleeping | ○ | ○ | | | |
| e. Received counseling of any kind | ○ | ○ | 26. Have you ever been discharged from military service for any reason? (If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability.) | ○ | ○ |
| f. Depression or excessive worry | ○ | ○ | | | |
| g. Been evaluated or treated for a mental condition | ○ | ○ | | | |
| h. Attempted suicide | ○ | ○ | 27. Have you ever received, is there pending, or have you ever applied for pension or compensation for any disability or injury? (If yes, specify what kind, granted by whom, and what amount, when , why.) | ○ | ○ |
| i. Used illegal drugs or abused prescription drugs | ○ | ○ | | | |
| 18. FEMALES ONLY. Have you ever had or do you now have: | ○ | ○ | | | |
| a. Treatment for a gynecological (female) disorder | ○ | ○ | 28. Have you ever been denied life insurance? | ○ | ○ |
| b. A change of menstrual pattern | ○ | ○ | | | |
| c. Any abnormal PAP smears | ○ | ○ | | | |
| d. First day of last menstrual period (YYYYMMDD) | | | | | |
| e. Date of last PAP smear (YYYYMMDD) | | | | | |

**29. EXPLANATION OF "YES" ANSWER(S)** (Describe answer(s), give date(s) of problem, name of doctor(s)and/or hospital(s), treatment given and current medical status.)

NOTE: HAND TO THE DOCTOR OR NUSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL PERSONNEL ONLY."

Enclosure (8)

CUI (when filled in)

| LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER | DoD ID NUMBER *(If applicable)* |
|---|---|---|
| | | |

**30. EXAMINER'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA** *(Physician/practitioner shall comment on all positive answers in questions 10 - 29. Physician/practitioner may develop by interview any additional medical history deemed important, and record any significant findings here.)*

a. COMMENTS

| b. TYPED OR PRINTED NAME OF EXAMINER *(Last, First, Middle Initial)* | c. SIGNATURE | d. DATE SIGNED *(YYYYMMDD)* |
|---|---|---|
| | | |

Updated: August 2022

# Readmitted Cadet Check In Sheet

Cadet Name: _____    Company: _____

| | Date/Initials: |
|---|---|
| **PHASE I**<br>(To be completed within 48 hours of arrival) | _____/_____ Make an appointment with cadet admin to obtain a new CAC card<br><br>_____/_____ Check in with the IT department to establish internet and email access<br><br>_____/_____ Provide hard copy of medical record to the CGA Clinic<br><br>_____/_____ Make an appointment with the clinic for a physical exam<br><br>_____/_____ Check in with Company Officer<br><br>_____/_____ Check in with Company Chief |
| **PHASE II**<br>(To be completed within 72 hours of arrival) | Date/Initials:<br><br>_____/_____ Complete urinalysis screening with Cadet Admin<br><br>_____/_____ Complete weigh-in with Cadet Admin<br><br>_____/_____ Check in with the Assistant Commandant of Cadets<br><br>_____/_____ Check in with the cadet mailroom to be assigned a new mailbox<br><br>_____/_____ File travel claim via E2/ETS |
| **PHASE III**<br>(To be completed within 1 week of arrival) | Date/Initials:<br><br>_____/_____ Meet with Academic Advisor, Draft Plan of Study<br><br>_____/_____ Check in with Coach (if applicable)<br><br>_____/_____ Check in with the uniform shop, tailor shop, and bookstore to ensure your seabag is IAW your new class<br><br>_____/_____ Submit paperwork to CGPD for POV approval and parking pass (if applicable)<br><br>_____/_____ Finish moving in, prepare for a room inspection |
| **PHASE IV**<br>(To be completed within two weeks of arrival) | Date/Initials:<br><br>_____/_____ Complete physical exam<br><br>_____/_____ Complete PFE |

Notes:
If you are unable to meet the deadlines prescribed in this checklist, inform your Company Officer and/or Chief as early as possible.
File completed checklist in your cadet record.

Enclosure (9)