AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Derek Clements, Cade Kloster, Zach Pokrant, James Vasiliu,<br>*Plaintiffs*<br>v.<br>Lloyd J Austin, III, Pritish Vora,<br>*Defendants* | Civil Action No.   2:22-cv-02069-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiffs, Derek Clements, Cade Kloster, Zach Pokrant, James Vasiliu, shall take nothing of Defendants, Lloyd J Austin, III, Pritish Vora, as to the complaint filed pursuant to 05 U.S.C. § 702 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding.

Date:   June 5, 2023                                                                *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    *s/H.Cornwell*
                                                                                    *Signature of Clerk or Deputy Clerk*